UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-mj-08526-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

## NOTICE OF LIMITED APPEARANCE

Simon A. Gaugush of Carlton Fields, P.A. notices his appearance as counsel for Defendant Jobadiah Sinclair Weeks for the limited purpose of representing the Defendant at the Detention and Removal Hearing currently scheduled for December 16, 2019. The undersigned requests that all correspondence and pleadings be directed to him.

Dated: December 16, 2019

/s/ *Simon A. Gaugush*
Simon A. Gaugush
Florida Bar Number 440050
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor
Tampa, Florida 33601
Telephone: (813) 223-7000
Email: sgaugush@carltonfields.com

*Counsel for Defendant Jobadiah Sinclair Weeks*