UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-mj-08526-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DETENTION AND REMOVAL HEARING

    Pursuant to 18 U.S.C. § 3142(f), Defendant Jobadiah Sinclair Weeks, by and through the undersigned counsel, hereby moves for a brief continuance of the Detention and Removal Hearing currently scheduled for December 16, 2019 at 10:00 a.m. In support of this motion, Defendant states that he has recently retained the undersigned counsel in this matter, and counsel requires a brief continuance in order to adequately prepare for the hearing. Pursuant to Local Rule 7.6, an affidavit setting forth a showing of good cause is attached as Exhibit 1. Counsel for the United States consents to a brief extension, until the afternoon of December 17, 2019, to conduct the hearing.

### CERTIFICATE OF CONFERRAL

    In accordance with Local Rule 88.9, counsel for the respective parties have conferred, and counsel for the United States does not oppose this motion.

2

WHEREFORE, Defendant requests a brief continuance, until the afternoon of December 17, 2019, to conduct the Detention and Removal Hearing.

Dated: December 16, 2019   */s/ Simon A. Gaugush*
Simon A. Gaugush
Florida Bar Number 440050
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor
Tampa, Florida 33601
Telephone: (813) 223-7000
Email: sgaugush@carltonfields.com

*Counsel for Defendant Jobadiah Sinclair Weeks*