UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-mj-08526-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

**AFFIDAVIT IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DETENTION AND REMOVAL HEARING**

    On Friday, December 13, 2019, undersigned counsel met with Defendant Jobadiah Sinclair Weeks about the above-referenced matter. On Sunday, December 15, 2019, the defendant executed an engagement letter to retain the undersigned counsel in this case. Undersigned counsel requires additional time to fully prepare for the detention and removal hearing scheduled in this case.

    I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Simon A. Gaugush*
Simon A. Gaugush
Florida Bar Number 440050
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor
Tampa, Florida 33601
Telephone: (813) 223-7000
Email: sgaugush@carltonfields.com

*Counsel for Defendant Jobadiah Sinclair Weeks*