UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-mj-08526-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE

Simon A. Gaugush of Carlton Fields, P.A. files this appearance as counsel for Defendant Jobadiah Sinclair Weeks.  Counsel agrees to represent the defendant for trial and all proceedings in the U.S. District Court.

Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.  Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

    */s/ Simon A. Gaugush*
    Simon A. Gaugush
    Florida Bar Number 440050
    CARLTON FIELDS, P.A.
    Corporate Center Three at International Plaza
    4221 W. Boy Scout Blvd., 10th Floor
    Tampa, Florida 33601
    Telephone: (813) 223-7000
    Email: sgaugush@carltonfields.com

    *Counsel for Defendant Jobadiah Sinclair Weeks*

2

I hereby acknowledge that I have read this form and consent to the representation of the above counsel.

_____
Defendant