✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Florida

United States of America

V.

Jobadiah Sinclair Weeks

**EXHIBIT AND WITNESS LIST**

Case Number: 19-mj-8526-WM

| PRESIDING JUDGE<br>William Matthewman | PLAINTIFF'S ATTORNEY<br>Aurora Fagan | DEFENDANT'S ATTORNEY<br>Simon Gaugush & Andrew Hinkes |
|---|---|---|
| TRIAL DATE (S)<br>12/17/2019 | COURT REPORTER<br>DAR: 14:19:01 | COURTROOM DEPUTY<br>Stephanie Payne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/17/2019 | Y | Y | Map of defendant's travel |
| 2 | | 12/17/2019 | Y | Y | List of defendant's travel |
| 3 | | 12/17/2019 | Y | Y | Copy of passport - EXHIBIT TO BE SEALED |
| | | | | | |
| | 1 | 12/17/2019 | Y | Y | Photographs of house - 11627 W. 7th Way, Arvada, CO  80005 |
| | 2 | 12/17/2019 | Y | Y | Estimate of worth of house - 11627 W. 7th Way, Arvada, CO  80005 |
| | 3 | 12/17/2019 | Y | Y | Photographs of cabin - 15200 County Road 353C, Buena Vista, CO  81211 |
| | 4 | 12/17/2019 | Y | Y | Estimate of worth of cabin - 15200 County Road 353C, Buena Vista, CO  81211 |
| | 5 | 12/17/2019 | Y | Y | Weeks Abroad travel blog |
| | 6 | 12/17/2019 | Y | Y | Photographs of Haiti |
| | 7 | 12/17/2019 | Y | Y | Photograph of Cambodia |
| | 8 | 12/17/2019 | Y | Y | Photograph of Moldova |
| | 9 | 12/17/2019 | Y | Y | Photograph of Mexico |
| | 10 | 12/17/2019 | Y | Y | Photograph of Bahamas |
| | 11 | 12/17/2019 | Y | Y | Letter of Reference (Jeff Sparrow) |
| | 12 | 12/17/2019 | Y | Y | Letter of Reference (McKinley Hlady) |
| | 13 | 12/17/2019 | Y | Y | Letter of Reference (Samuel Barlow) |
| | | | | | |
| | | | | | Nathaniel Sinclair Weeks sworn and provided testimony/statement |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages