UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 19-mj-8526-WM

FILED BY ___ D.C.
DEC 20 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

United States of America
  Plaintiff,

Charging District's Case No. 19-877 (cbb)

v.

Jobadiah Sinclair Weeks,
  Defendant.

**WARRANT OF REMOVAL**

REG#: 25950-104

A(n)  ☐ Complaint
      ☑ Indictment
      ☐ Information
      ☐ Probation Violation Warrant
      ☐ Bench Warrant

having been filed in the District of New Jersey, charging the above-named defendant with 18:371; 18:1349, and the defendant having

☐ surrendered   ☑ been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

☑ waived further hearing   ☐ been given a hearing in accordance with **Fed.R.Crim.P.5(c).**

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 20th day of December, 2019.

DAR NO: 14:19:01

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

c:  AUSA
    Defense
    Pretrial Services
    U.S. Marshal (2 certified copies)