UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-mj-08526-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

## DEFENDANT JOBADIAH SINCLAIR WEEKS' NOTICE OF FILING EXHIBITS

Defendant Jobadiah Sinclair Weeks, through his undersigned attorney, hereby submits the following exhibits (attached hereto as Defense Exhibits 1 through 13) entered into evidence at the December 17, 2019 pretrial detention hearing held before U.S. Magistrate Judge William Matthewman.

Defense Exhibit Index

| Exhibit 1 | Photographs of Nat Weeks' house – 11627 W. 7th Way, Arvada, CO 80005 |
|---|---|
| Exhibit 2 | Estimate of worth of Nat Weeks' house – 11627 W. 7th Way, Arvada, CO 80005 |
| Exhibit 3 | Photographs of Nat Weeks' cabin – 15200 County Road 353C, Buena Vista, CO  81211 |
| Exhibit 4 | Estimate of worth of Nat Weeks' cabin - 15200 County Road 353C, Buena Vista, CO  81211 |
| Exhibit 5 | Weeks Abroad travel blog |
| Exhibit 6 | Photographs of Haiti |
| Exhibit 7 | Photograph of Cambodia |
| Exhibit 8 | Photograph of Moldova |
| Exhibit 9 | Photograph of Mexico |
| Exhibit 10 | Photograph of Bahamas |

| Exhibit 11 | Letter of Reference (Jeff Sparrow) |
| --- | --- |
| Exhibit 12 | Letter of Reference (McKinley Hlady) |
| Exhibit 13 | Letter of Reference (Samuel Barlow) |

*/s/ Simon A. Gaugush*
Simon A. Gaugush
Fla. Bar Number 0440050
CARLTON FIELDS, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., 10th Floor
Tampa, Florida 33601
Telephone: (813) 223-7000
Email: sgaugush@carltonfields.com

*Counsel for Defendant Jobadiah Sinclair Weeks*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will forward electronic notification to all counsel of record.

>	*/s/ Simon A. Gaugush*
>	Simon A. Gaugush
>	Fla. Bar Number 0440050