**Public View**    Owner View

Street View

# 11627 W 74th Way Arvada, CO 80005

**OFF MARKET**
Zestimate®: $712,231

Rent
Zestimate®: $3,200 /mo

**4 beds 4 baths 3,740 sqft**

## Get a Zillow Offer

No staging, no showings, no repairs. Move when you're ready.

**CASH OFFER**



Get your Offer

**500+** homeowners near you have requested an offer.

11627 W 74th Way, Arvada, CO is a single family home that contains 3,740 sq ft and was built in 1989. It contains 4 bedrooms and 4 bathrooms. This home last sold for $433,000 in July 2001. The Zestimate for this house is $712,231, which has increased by $12,144 in the last 30 days. The Rent Zestimate for this home is $3,200/mo, which has increased by $165/mo in the last 30 days.

## Facts and Features

| Type | Year Built | Heating |
|---|---|---|
| Single Family | 1989 | Forced air |
| **Cooling** | **Parking** | **Lot** |
| No Data | 3 spaces | 9,278 sqft |

### INTERIOR FEATURES

**Bedrooms**
Beds: 4

**Flooring**
Floor size: 3,740 sqft

**Heating and Cooling**
Heating: Forced air

**Other Interior Features**
Fireplace

**Basement**
Partially finished

See More Facts and Features

# Home Value

**Zestimate**
**$712,231**

**Zillow Offer**
Get your Zillow Offer

12/14/2019                                          11627 W 74th Way, Arvada, CO 80005 | Zillow

  

| ZESTIMATE RANGE | LAST 30 DAY CHANGE | ONE YEAR FORECAST |
|---|---|---|
| $648,000 - $769,000 | +$12,144 (+1.7%) | $724,125 (+1.7%) |

Zestimate history & details

# Price / Tax History

**Price History**    Tax History

| DATE | EVENT | PRICE | | $/SQFT | SOURCE |
|---|---|---|---|---|---|
| 7/16/2001 | Sold | $433,000 | +441.2% | $116 | Public Record |
| 7/25/2000 | Sold | $80,000 | -75.8% | $21 | Public Record |
| 11/30/1995 | Sold | $330,000 | | $88 | Public Record |

Report issue with price history