TRENDING: Sicily

    About Us    Start Here    Retreat   Shop



## ABOUT US

Welcome, friends!

Joby and Stephanie Weeks, here—or, as you'll come to know us, Weeks Abroad. We've been traveling the world together for over a decade, now. Together, we've explored 141 countries and counting. Our goal has been to pack seven lifetimes into one and have a whole lot of fun doing it, going everywhere and doing everything.

**JUST RELEASED!**
DOWNLOAD A SAMPLE CHAPTER OF STEPH'S NEW BOOK, **FOOD OF THE SPIRIT!**

BUY NOW

Case 9:19-mj-08526-WM Document 18-5 Entered on FLSD Docket 01/09/2020 Page 2 of 7

Welcome to Weeks Abroad | What's On Your Bucket List? Page 2 of 7

# JOURNEY WITH US

At the beginning of each new year, we make a bucket list. We write down all of places we want to see or things we want to do...and then we go do them. We've been blessed to learn a lot and meet tons of interesting people along the way. We love sharing our adventures and travel hacks. Traveling for more than a couple of weeks a year was once just a dream. Like many of you, we didn't want to be confined to a time table that dictated when we could travel and what we'd be able to see and do each year. So we broke out on a mission to see the world in our own way and time. Journey with us, here, on the adventure of a life time. Learn how you, too, can become a travel junkie. Discover the best places to see and grab inspiration from our insider guides regarding amazingly cool things to do.

Start making your own bucket list. Here we go...

**JUST RELEASED!**
**DOWNLOAD** A SAMPLE CHAPTER OF STEPH'S NEW BOOK, **FOOD OF THE SPIRIT!**

BUY NOW



# WHAT'S ON YOUR BUCKET LIST?

**JUST RELEASED!**
DOWNLOAD A SAMPLE CHAPTER OF STEPH'S NEW BOOK, **FOOD OF THE SPIRIT!**

BUY NOW

Case 9:19-mj-08526-WM   Document 18-5   Entered on FLSD Docket 01/09/2020   Page 4 of 7

Welcome to Weeks Abroad | What's On Your Bucket List?                     Page 4 of 7



**The Cook Islands: A Remote Paradise**
November 5, 2019

Kia Orana! This is the greeting used to welcome visitors to the Cook Islands, fifteen of the most remote islands in the world. Spanning two million ... Read more

# HERE WE GO!

**7**
Continents

**141**
Countries

**5**
Oceans

**1237**
Cities

**JUST RELEASED!**
DOWNLOAD A SAMPLE CHAPTER OF STEPH'S NEW BOOK, **FOOD OF THE SPIRIT!**

BUY NOW

# INSIDER GUIDES





Case 9:19-mj-08526-WM Document 18-5 Entered on FLSD Docket 01/09/2020 Page 7 of 7

Welcome to Weeks Abroad | What's On Your Bucket List? Page 7 of 7

© 2019 **RIVER NET CREATIVE INDUSTRIES** | A DIVISION OF **RIVER NET COMPUTERS**

**JUST RELEASED!**

**DOWNLOAD** A SAMPLE CHAPTER OF STEPH'S NEW BOOK, **FOOD OF THE SPIRIT!**

BUY NOW