

U.S. Magistrate Judge William Matthewman
U.S. District Court, Southern District of Florida
701 Clematis Street #453
West Palm Beach, Florida 33401,


My name is Jeff Sparrow and I'm proud to offer additional character support for Jobadiah Weeks, whom I have personally known for more than 12 years as a friend and fellow entrepreneur. I first met Joby through mutual friends of ours at a tech conference.

During my relationship with Joby I have experienced an individual who shows up when asked, works hard, and carries himself in a polite, respectable, and compassionate manner. Joby and I have had numerous business meetings together as well outside of family or social gatherings, and in every occasion, Joby is a family-person who has always presented himself with honesty and grace.

I'm not aware of the situation or circumstances to why Joby is having to appear in court, but I didn't hesitate at the opportunity to help him or his amazing family when asked for support. I would absolutely believe and attest that Joby's character is and should be a strong position to his defense no matter what the case entails.

Please do not hesitate to contact me if you should require any further information.


Sincerely,

*[signature]*

Jeff Sparrow
CEO
C: (805) 748-0056
E: Jeff@geocommerce.com


GeoCommerce, Inc.       1621 Alton Pkwy #160, Irvine, CA 92606       www.geocommerce.com