**Gaugush, Simon A.**

| | |
|---|---|
| m: | McKinley Hlady <mckinley@lifetecgroup.ca> |
| Sent: | Sunday, December 15, 2019 6:50 PM |
| To: | Gaugush, Simon A. |
| Subject: | Friend of Jobadiah Sinclair Weeks |

U.S. Magistrate Judge William Matthewman
U.S. District Court, Southern District of Florida 701 Clematis Street #453 West Palm Beach, Florida 33401

I have known Joby Weeks since December 16th 2017. I met Joby at a private entrepreneurial conference with a group of heartfelt positive people, all talking about ways to help the earth and do good things in business to be able to benefit people.

I know Joby to be a very true spirited entrepreneur, that takes risks and trusts people with an intention to always give back, and further humanity in a positive way. I know he has both lost a lot of capital trusting the wrong people, but also done well in some cases financially. In the wins he's had he is always looking to pay it forward. We connected on projects that would benefit the earth mainly.

I know he was heavily involved in bitcoin and it does not surprise me that he got involved in an MLM in that space being BitClub. In reading the news articles, one part did strike me true to his character, that he said some things were "not right". I know Joby has been involved in many investments at arms length, and especially has been focused on family lately. I don't know the details on how Bitclub or MLMs in general fully work, but my assumption would be that he may have been locked in at some point, without ability to influence. What he could have done from there I'm not sure, but I know Joby to have a great heart and care about people, so I believe he will be inclined and motivated to make things right, at least financially, however possible at this point.

I hope Joby's good character can be separated from what looks like a reckless head of an organization that was most definitely doing things that were "not right".

Please feel free to call me anytime at 1.236.882.4625 or reach back here, or my personal email mckinley101@gmail.com

Thank you and Godbless.


--
McKinley Hlady | Co-Founder / VP Manufacturing

LifeTec Construction Group | www.lifetecgroup.ca
Mobile Canada : 236.882.4625
Mobile U.S.A. : 310.494.1318
Office: 604.260.6303 ext 1002
3750 North Fraser Way | Burnaby | BC | Canada | V5J 5G1



LifeTec Construction Group Inc.

1