

U.S. Magistrate Judge William Matthewman
U.S. District Court, Southern District of Florida
701 Clematis Street #453
West Palm Beach, Florida 33401,

My name is Samuel Barlow and I'm proud to offer additional character support for Jobadiah Weeks, whom I have known for some time now as a friend and fellow entrepreneur. I first met Joby through mutual friends of ours at a tech conference in Boston.

During my relationship with Joby I have experienced an individual who is friendly, kind and clear and concise in his professional dealings. Joby and I have had a few business meetings together as well social engagements, and in every occasion, Joby has always presented himself with honest and intelligent conduct.

I'm not aware of the situation or circumstances to why Joby is having to appear in court, but I didn't hesitate at the opportunity to help him when asked for support. I absolutely believe that Joby's good character, if relevant to the case, should not be in doubt.

Please do not hesitate to contact me if you should require any further information.


Sincerely,

*[signature]*

Samuel Barlow
CEO
C: +44 (0) 7775 683416
E: samuel@openstage.live