UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-mj-08526-MATTHEWMAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

**GOVERNMENT'S NOTICE OF FILING
OF EXHIBIT LIST AND EXHIBITS**

The United States of America, through the undersigned Assistant United States Attorney, hereby submits the following exhibit list (copies of said exhibits are attached hereto as Government's Exhibits 1 and 2) entered into evidence at the December 17, 2019 pretrial detention hearing in the above captioned matter, held before U.S. Magistrate Judge William Matthewman.

Government's Exhibit List

| | |
|---|---|
| Exhibit 1 | Map of Defendant's Travel |
| Exhibit 2 | List of Defendant's Travel |
| Exhibit 3 | Passport documents (filed under seal) |

    /s/ Aurora Fagan
    Aurora Fagan
    Assistant United States Attorney
    Florida Bar No. 0188591
    500 S. Australian Ave, Ste. 400
    West Palm Beach, Florida  33401
    TEL (561) 820-8711
    FAX (561) 820-8777
    Aurora.Fagan@usdoj.gov