UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-mj-08526-WM-1

United States of America

        Plaintiff(s),

vs.

Jobadiah Sinclair Weeks

        Defendant(s).
_____/

FILED BY ___ D.C.
JAN 16 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Defendant's Exhibits DE 18: 1 - 13

[ ] Attachments
(Exhibit list, Order of Court)

Signature: _____
Print Name: Damond Robcof
Agency or Firm: Carlton Fields
Address: 525 Okeechobee blvd #1200
West Palm Beach Fl 33401
Telephone: 561-659-7070
Date: 1-16-2020

Exhibits Released by:
Mary St. anne
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record