UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19MJ8526WM

USA

Plaintiff(s),

VS.
JOBADIAH SINCLAIR WEEKS

Defendant(s).
_____/

FILED BY ____ D.C.
JUL 16 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
Item Nos. _____

☐ Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB

☑ Other (Explain): PLAINTIFF EFENDANT HEARING EXHIBITS DE#22 CONTA+
GOVERNMENT EXHIBITS 1 AND 2

☐ Attachments
(Exhibit list, Order of Court)

Signature: M Saxon
Print Name: MAGGIE SAXON
Agency or Firm: USAO WPB
Address: 500 S. AUSTRALIAN AV STE 400
            WPB FL
Telephone: 561-820-8711
Date: 7/16/2021

Exhibits Released by:
_____
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record