Jobadiah-Sinclair: of the family Weeks (the living man)
On the land of the republic at Large, America
Non-Domestic
c/o 11627 West 74th Way
   near Arvada, Colorado Republic [80005]
   without the United States (28 U.S.C. 1746)

## IN THE DISTRICT COURT OF THE UNITED STATES
## DISTRICT OF NEW JERSEY
### Judicial



FILED BY _____ D.C.

JAN 2 3 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | | |
|---|---|---|
| JOBADIAH SINCLAIR WEEKS, Federal Trust | § | |
| | § | |
| Counter-Claimant, | § | CASE #  9:19-mj-8526 |
| | § | CASE #  2:19-cr-877-CCC |
| vs. | § | |
| | § | |
| Willian Matthewman and WILLIAM MATTHEWMAN, | § | Common Law/Exclusive Equity |
| Magistrate Judge; | § | Only |
| | § | |
| Co-Conspirators / Enterprise Members | § | |
| | § | |
| DEFENDANT, | § | |
| | § | |

<u>NOTICE OF RECUSAL OF MAGISTRATE JUDGE WILLIAM MATTHEWMAN</u>
<u>PURSUANT TO 28 USCS Sec. 455</u>
<u>and</u>
<u>DEMAND TO STRIKE ALL WILLIAM MATTHEWMAN DOCUMENTS FROM RECORD</u>
<u>and</u>
<u>DEMAND FOR 8.5 MILLION DOLLARS IN SANCTIONS AGAINST WILLIAM</u>
<u>MATTHEWMAN AND ASSETS PURSUANT TO RULE 11</u>

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

     Comes Now Claimant/Plaintiff JOBADIAH SINCLAIR WEEKS, I am exercising as well as retaining and preserving ALL rights without waiving any rights, defenses, Common Law/ Exclusive Equity, natural, private commercial, incorporeal, statutory or procedural, being of

majority status conducting the style condition of **The Principle and Beneficial Equitable Title Holder**, and not an infant/miner,  do file this Counter-Claim in Case #  2:19-cr-877-CCC and Case # 9:19-mj-8526 without accepting any jurisdiction, for I have, according to your own documents, neither committed any injury nor has any living man or woman or 'true party in interest' testified or witnessed that I have. Being of lawful majority age, clear head, and sound mind represent myself "in Propria Persona"  (I'm my person) or "proper", which qualifies me as an attorney in fact, according to Black's Law Dictionary.   Heretofore Asserting my Sovereign Right to represent myself in legal matters establishes my status as my own attorney. To proceed in Pro Per means that the court cannot impose the same standards upon me as are imposed on a so-called licensed Attorney. To file his "Claim" For Legal Malpractice and Breach of Contract, Impersonating a Public Official, Unlawful Conversion, Theft, Unjust Enrichment, Obstruction of Justice, Violation of FARA, Fraud, Embezzlement, Constructive Fraud, Wire Fraud, Mail Fraud, Violation of "Hobbs Act" - Conspiracy, Obstruction of the Administration of Justice as well as others.  I will cite Federal Case Law in this demand for sanction under the Supreme Court ruling in Howlett v. Rose, 496 U.S. 356 (1990).

## I. Reservation Of Rights:

**1.1**   I reserve my right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I did not enter knowingly, voluntarily, and intentionally. Furthermore, I do not and will not accept liability for the compelled benefit of any unrevealed contract, commercial agreement, or bankruptcy.

**1.3**  I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law/Exclusive Equity.

**1.4**  The code complements common equity law, which remains in force except where displaced by the code.

**1.5**  A statute should be construed in harmony with the common equity law unless there is a clear legislative intent to abrogate the common equity law.

**1.6**  The code was written not to abolish the Common Law/Exclusive Equity entirely.

**1.7** I was not involved with an international maritime contract, so I deny in good faith that such a contract exists and demand the court proceed under Common Equity Law Jurisdiction.

**1.8** I'm only aware of two jurisdictions the court can operate under as per the Constitution: Common Equity Law and Admiralty Jurisdiction.

**1.9** As my defense from sham prosecutions, if the court chose to proceed under Admiralty Jurisdiction, my lawyers had a duty to demand  1) the court to inform me where I can find the rules of procedures for Criminal Admiralty Jurisdiction for my review to avoid a violation of my due process, which would result in a civil claim against the court for obstruction of the administration of justice; and  2) provide me a copy of the international maritime contract that outlines the clear and complete duty's and obligations I have agreed to and bearing my wet signature before ANY member of the Enterprise could bring an action against me, a NON-U.S., NON-Tax Payer American National Diplomat, let alone aggravated kidnapping of a Sovereign living man at the hands of armed thugs.  A man with an entirely different name as the one falsely charged in this instant case, and subject him to peonage bondage for 5 years - without Due Process.

### NOTE: YOU ARE NOW A PARTY TO THIS CASE

### II. Recusal of Judge

**2.1** I demand this court to grant my Notice to RECUSE the Judge in this case. A Judge must recuse in any proceeding in which the Judge's impartiality might reasonably be questioned, or the judge has a personal bias or prejudice concerning the subject matter or a **party**, or the **Judge is a party** to the proceeding or an officer, director, or trustee of a party. In this case the judge, of his own free will and choice co-constructed a Criminal Enterprise through acts and participation that resulted in him usurping Jurisdiction under the color of law, and play his part in the kidnapping, pillaging and plundering of a foreign American national Diplomat JOBADIAH SINCLAR WEEKS.   Judge WILLIAM MATTHEWMAN caused intentional catastrophic damage and harm and intentional infliction of emotional distress through the "contrived enforcement of invalid statutes" to the detriment and suffering of the claimant and others. This

objection and notice of claim is against the Magistrate Judge for interfering without legal judicial authority and violation of the **"Tuckers Act"**; failing to register as a Foreign Agent as required under FARA 1938; 18 U.S.C. § 241, Conspiracy against rights; 18 U.S.C. § 242, Deprivation of Rights Under Color of Law; 18 U.S.C. § 371, Conspiracy to Commit Offense; 18 U.S.C. § 666, theft or embezzlement by a person employed by or associated with an organization receiving federal funds; The Judge violated the **"Administrative Procedures Act of 1946"**, and obstructed the administration of justice when he acted in this case without legal consent or jurisdiction in violation of 28 U.S.C. § 636 and Fed. R. Civ. P. 73. The claimant demands any ruling filed by the magistrate judge be vacated and the claimant be released from Peonage bondage immediately, the wealth and property stolen by the government be restored to the Claimant within 48 hours. The judge is in violation of 28 U.S.C. § 636 and Fed. R. Civ. P. 73. And clearly has provided an unfair advantage for fellow B.A.R. members involved in the case. The Judge "Obstructed the Administration of Justice" in this case, and the claimant demands the **regional presiding** Judge to hear future proceeding in this case.

**2.2   In this instant case, Magistrate MATTHEWMAN is a defendant and therefore, as a party to the case, is barred from any administrative role or duties therein.**

**2.3**   The claimant, moves to Recuse/Disqualify, Judge WILLIAM MATTHEWMAN from the above entitled matter under 28 USCS Sec. 455, in <u>Marshall v Jerrico Inc.</u>, 446 US 238, 242, 100 S.Ct. 1610, 64 L. Ed. 2d 182 (1980). "The neutrality requirement helps to guarantee that life, liberty, or property will not be taken on the basis of an erroneous or distorted conception of the facts or the law." The above is applicable to this court by application of Article VI of the United States Constitution and <u>Stone v Powell</u>, 428 US 465, 483 n. 35, 96 S. Ct. 3037, 49 L. Ed. 2d, 1067 (1976)." Courts have a constitutional obligation to safeguard personal liberties and to uphold laws." Also see RI Supreme Court Article VI and Canons 1, 2, and 3.B.6.

**2.4**   The goal of this motion is not to harass or delay, it is to prevent a claimant from being forced to litigate a matter before a judge with a **"bent of mind".** See: Johnson v. District Court, 674 P.2d 952, 956 (Colo. 1984). *See also* Goebel v. Benton, 830 P.2d 995 (Colo. 1992); Wright v.

District Court, 731 P.2d 661, 664 (Colo. 1987); Hammons v. Birket, 759 P.2d 783, 784 (Colo. Ct. App. 1988), *cert. denied* (Colo. 1988).

## III. Obstruction of The Administration of Justice:

**3.1**   The United States Constitution guarantees an unbiased Judge who will always protect litigants with ALL RIGHTS.  Therefore, the Aggrieved Party respectfully demands that the judge recuse himself in light of the objection and the counterclaim presented to the court. The Judge illegally took jurisdiction to provide an unfair advantage to fellow B.A.R.—members by dragging the defendant into their administrative hearing.  The Judge cannot hear the above case in a **fair and impartial** manner.

### Disqualification of a Judge:

**3.2**  The law requires the automatic disqualification of a Judge's under certain circumstances.  In 1994, the U.S. Supreme Court held that "Disqualification is required if an objective observer would entertain reasonable questions about the judge's impartiality.  If a judge's attitude or state of mind leads a detached observer to conclude that a fair and impartial hearing is unlikely, the judge must be disqualified." [Emphasis added]. Liteky v. U.S., 114 S.Ct. 1147, 1162 (1994). Courts have repeatedly held that positive proof of the partiality of a judge is not a requirement, only the appearance of partiality. Liljeberg v. Health Services Acquisition Corp., 486 U.S. 847, 108 S.Ct. 2194 (1988) (what matters is not the reality of bias or prejudice but its appearance); United States v. Balistrieri, 779 F.2d 1191 (7th Cir. 1985) (Section 455(a) "is directed against the appearance of partiality, whether or not the judge is actually biased.") ("Section 455(a) of the Judicial Code, 28 U.S.C. A § 455(a), is not intended to protect litigants from actual bias in their judge but rather to promote public confidence in the impartiality of the judicial process."). That Court also stated that Section 455(a) "requires a judge to recuse himself in any proceeding in which her impartiality might reasonably be questioned." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).   In Pfizer Inc. v. Lord, 456 F.2d 532 (8th Cir. 1972), the Court stated that "It is

important that the litigant not only actually receive justice, but that he believes that he has received justice."

**3.3**   The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the appearance of justice", Levine v. United States, 362 U.S. 610, 80 S.Ct. 1038 (1960), citing Offutt v. United States, 348 U.S. 11, 14, 75 S.Ct. 11, 13 (1954).   A judge receiving a bribe from an interested party over which he is presiding, does not give the appearance of justice. "Recusal under Section 455 is self-executing; a party need not file affidavits in support of recusal and the judge is obligated to recuse himself sua sponte under the stated circumstances." Taylor v. O'Grady, 888 F.2d 1189 (7th Cir. 1989).  Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. The Seventh Circuit Court of Appeals further stated that "We think that this language [455(a)] imposes a duty on the judge to act sua sponte, even if no motion or affidavit is filed." Balistrieri, at 1202.

**3.4   Judges do not have discretion not to disqualify themselves.**  By law, they are bound to follow the law.  Should a judge not disqualify himself as required by law, the judge has given another example of his "appearance of partiality" which, possibly, further disqualifies the judge.

None of the orders issued by any judge who has been disqualified by law are valid.  They are void as a matter of law, and are of no legal force or effect.  Should a judge not disqualify himself, then the judge **is in violation of the Due Process Clause of the U.S. Constitution.** United States v. Sciuto, 521 F.2d 842, 845 (7th Cir. 1996) ("The right to a tribunal free from bias or prejudice is based, not on section 144, but on the Due Process Clause.").  Should a judge issue any order after he has been disqualified by law, and if the party has been denied of any of his / her property, then the judge may have been engaged in the Federal Crime of **"interference with interstate commerce".**   The judge has acted in the judge's personal capacity and not in the judge's judicial capacity. The Supreme Court has also held that if a judge wars against the Constitution, or if he acts without jurisdiction, he has **engaged in treason to the Constitution.** If a judge acts after he has been automatically disqualified by law, then he is acting without jurisdiction, and that suggests that he is then engaging in criminal acts of treason, and may be engaged in extortion and the interference with interstate commerce.

### IV.  The Foreign Agents Registration Act:

**4.1**  The Foreign Agents Registration Act is a United States law passed in 1938 requiring that agents representing the interests of foreign powers in a "political, or quasi-political capacity" disclose their relationship with the foreign government and information about related activities and finances. This Act was Enacted by the 75th United States Congress U.S.C. sections created: **22 U.S.C. Ch. 11, sub-Ch. II § 611 et seq The Foreign Agents Registration Act ("FARA") imposes disclosure requirements and other legal obligations on any individual or entity that becomes an "agent of a foreign principal."**

### V.  Who is a "Foreign Principal"?

**5.1**  FARA defines "foreign principal" broadly to include:

**a.**  Any foreign government.

**b.**  Any foreign political party.

**c.**  Any association, corporation, organization, or "combination of persons" that either was established under a foreign country's laws or maintains its principal place of business in a foreign country; and

**d.**  Any individual outside the United States (other than a U.S. citizen who is also domiciled in the U.S.).   In other words, foreign government entities, political organizations, businesses, nonprofits, state-owned enterprises, and even individuals are all "foreign principals" under FARA.

### VI.  Conflict Of Interest:

**6.1**  The legislative branch of government does NOT have the Constitutional Power to issue Court Orders or any other kind of Order to people, let alone a sovereign living man, as a fiction court or a court/corporation for profit and gain (including but not limited to judges, prosecutors, attorneys, agents) **cannot reach parity with a lawful man.** Whenever a common equity law living man is involved in a case directly or indirectly, as a litigant or assisting in counsel, all

judges, prosecutors, attorneys, agents must disqualify themselves as there cannot be a constitutional trial.

**6.2**    Furthermore, the Plaintiff in this case is listed as "tHE UNITED STATES".  The case is residing in THE UNITED STATES DISTRICT COURT, a court created by, governed, ruled, trained and paid for by the plaintiff - tHE UNITED STATES for the benefit of tHE UNITED STATES.   All Agents, Attorneys, Clerks and virtually every person involved in this case is directly governed, ruled, trained and paid for by the plaintiff - tHE UNITED STATES for the benefit of tHE UNITED STATES.

**6.3**  U.S. DISTRICT COURT actions continue to Violates Article 2, Section 1, Separation of Powers clause of the Constitution. There is NO POWER OR AUTHORITY for joining Legislative, Judicial, or Executive within a state as the BAR, Judges, prosecutors and Attorneys are attempting.

### VII. The B.A.R. Association's Rules and Policies Violate Due Process:

**7.1**  The American B.A.R. Association is a 'Foreign Union.' Its members all work in collusion with Israel, the British Empire, the Vatican, the Rothschild and Rockefeller banking empires, Congress, and the elite to undermine America.

**7.2**  All attorneys are 'Agents of a Foreign Power' who swear allegiance to that Foreign Power – The King of England - The Crown.

**7.3**  Therefore, **all** lawyers must file a written 'Notice of Appearance' in every court case they represent.

**7.4**  By that Notice the lawyer is admitting to the Court that he is a **'Foreign Agent'**, and he is requesting permission to represent a party in that Corporate Court.   The State Bar is an unconstitutional monopoly. AN ILLEGAL Et CRIMINAL ENTERPRISE; Violates Article 2, Section 1, Separation of Powers clause of the Constitution. There is NO POWER OR AUTHORITY for joining Legislative, Judicial, or Executive within a state as the BAR is attempting.

### VIII.  No Subject Matter Jurisdiction:

**8.1**  My attorneys failed to challenge the court's jurisdiction. Thus I had to fire them.

**8.2**  The pleadings filed in this case were insufficient to invoke the Court's authority to act, the so-called affidavits are defective, the warrants are defective, the so-called indictment is defective, the charges are defective, and the opposing attorney never produced a competent fact witness to testify in court to provide the court with jurisdiction.

### IX. Defective Indictment, No Jurisdiction And No Competent Fact Witness:

**9.1**   Courts render a judgment from a pleading with only an un-sworn, defective (void) Indictment.

**9.2**  This is provided for in the Rules of Civil Procedure and is allowed **until** that un-sworn, defective (void) Indictment is challenged.

**9.3**  The Indictment, in this case, is an "out of court, un-sworn statement" to the alleged facts of the matter asserted, not the facts of the alleged violation of a duty to a law and for all intents and purposes is a nullity.

**9.4**   Without a First Person Witness and/or a True Person In Interest, in a True Court of jurisdiction to attest to the statements within the indictment, it is **nothing more than hearsay**, carries no force or affect, and are not admissible as evidence in any judicial court of law.

**9.5**  Without an indictment or Witness, the Court lacks subject matter jurisdiction.

**9.6**  There is no competent witness to state the facts of the matter.

### X. Inefficient Pleadings And Lack of Jurisdiction:

**10.1**  JOBADIAH SINCLAIR WEEKS is not a U.S. Citizen of a federal corporation; therefore, the corporate administrative court did not have jurisdiction or authority to interlope let alone make determinations, execute warrants, convene grand juries, engage in wire fraud, mail fraud, seize assets or embondage and torture an innocent man, American National Diplomat/ Beneficiary or inject any decisions, rulings or determinations in this so-called case.  See: U.S. v.

Anthony 24 Fed. 829 (1873). **This court lacks jurisdiction because it is not a common law court of equity,** the only court with jurisdiction over an American national trust action.

**10.2**  Courts of general, limited, or inferior jurisdiction get their jurisdiction from one source and one source only: i.e. **SUFFICIENT PLEADINGS FROM THE PARTIES.**

**10.3**  Someone before the court must tell the court what its jurisdiction is.

**10.4**  Without pleadings sufficient to empower the court to act, that court cannot have judicial capacity.

**10.5**  No judge has the power to determine whether he has jurisdiction. He does have the duty to tell when he does not.

**10.6**  No court can declare that it has the legal power to hear or decide cases, i.e. jurisdiction.

**10.7**  Jurisdiction must be proved and on the record.

**10.8**  Without sufficient pleadings and jurisdiction, no court can issue a judgment that isn't void ab initio, void from the beginning, void on its face, a nullity, or without force and effect.

## XI.  Attorneys Do Not Have a Law License:

**11.1**  All private practice Attorneys, State Attorneys, Prosecutors, Judges and agents Concealed the fact that Attorneys are NOT licensed to practice law.  The nature of Attorney-craft in America as per the United States Supreme Court; **The practice of Law CAN NOT be licensed by any state/State.** (Schware v. Board of Examiners, 353 U.S. 238, 239).

**11.2**  The "CERTIFICATE" from the State Supreme Court ONLY authorizes the practice of Law "IN COURTS" as a member of the STATE JUDICIAL BRANCH OF GOVERNMENT.  Can ONLY represent WARDS OF THE COURT, INFANTS, PERSONS OF UNSOUND MIND (SEE CORPUS JURIS SECUNDUM, VOLUME 7, SECTION 4.)

**11.3**  The State Bar, co-conspirator in every so-called [il[legal dispute, is; an unconstitutional Monopoly. AN ILLEGAL Et al CRIMINAL ENTERPRISE: Violates Article 2, Section 1, Separation of Powers clause of the Constitution. There is NO POWER OR AUTHORITY for

joining Legislative, Judicial, or Executive within a state as the BAR, Judges, prosecutors and Attorneys are attempting.  Magistrate WILLIAM MATTHEWMAN knew or should have known and taken appropriate action to uphold the Constitution and Due Process Of Law.

## XII.  Attorneys Cannot Testify:

**12.1**  An attorney giving testimony in court without a first person fact witness or a true person in interest to testify to the attorney's accounting of the dispute is heresy, is intended to deceive and circumvent due process of law and constitutes a violation of due process of law.

**12.2**  Statements of counsel in brief or argument **are never facts before the court.**

**12.3**  No attorney can state a fact before the court.

**12.4**  This was more than adequately pointed out in 2000 when thousands of Florida ballots were taken before the U.S. Supreme Court without even one competent fact witness.

**12.5**  Without a witness, the court could not see the ballots, they were not before the court, and they could not be introduced as evidence.

**12.6**  Before any determination, there must be a court of complete or competent jurisdiction. There was NOT.

**12.7**  There must have been two parties with the capacity to be there, and there were not.

**12.8**  There must be subject matter jurisdiction; there was none.

**12.9**  Appearance or testimony of a competent fact witness: there was no witness and therefore NO Evidence.

**12.10**  Without jurisdiction, complete jurisdiction, no court can issue a judgment that isn't void, a nullity, without force or effect, on its face and in fact.

## XIII.  No Valid Affidavit:

**13.1**  This action was filed with No affidavit of firsthand fact, and no True Witness or True Party in Interest was entered into the court record.  The attorney in this case took it upon himself to

"impersonate a true witness" and fraudulently sway the court and with each and ALL Attorneys, Clerks Agents, and virtually every person involved in this case is directly governed, ruled, trained and paid for by the plaintiff - tHE UNITED STATES for the benefit of tHE UNITED STATES can NOT be a true witness. The Attorneys in this case failed to prove there was any contract by their failure to file the original contract and an accounting of the money trail in the court record to verify the claim. A reasonable pre-filing investigation would have uncovered the fatal flaws listed herein that prevented the court from having jurisdiction to hear this case. When there is no Affidavit or Witness, the Court lacks personal and subject matter jurisdiction. There is no competent witness to state the facts of the matter.

**13.2**     The fact that there is NO SEPARATION OF POWERS and NO CHECKS AND BALANCES leaves no source, authority or power to challenge, oppose or temper the OUT OF ORDER and lawless nature of the process.

## XIV. Reasonable Inquiry:

**14.1**     There are several factors a district court must consider determining whether an investigation was reasonable:

**14.2**  The time available for investigation.

**14.3**     The extent of the attorney/prosecutor reliance on a valid witness and/or true party in interest for the factual support for the document.

**14.4**  The feasibility of a pre-filing investigation.

**14.5**  Whether the signing attorney/prosecutor accepted the case from another member of the bar or forwarding attorney/prosecutor.

**14.6**  The complexity of the factual and legal issues; and

**14.7**  The extent to which the development of the factual circumstances underlying the claim requires discovery. The court considers the totality of the factors based on the circumstances; no one factor is dispositive or given greater weight than another. Attorneys/prosecutors are required to interview valid witness and/or true party in interest in detail; review available documents (i.e.,

for the initial complaint, those within the client's possession or that are publicly available; and for subsequent filings, what has been produced through discovery); interview witnesses identified by the client; and when necessary, consult an expert (especially if the case is legally or factually complex). **If an attorney fails to review relevant documents in the public record or are available to the client, or if an attorney fails to interview witnesses, courts may sanction the attorney.** If the magistrate looked at any of the discovery, he would know that the prosecutors had no jurisdiction to begin with!

**14.8**  Generally, where a pre-filing investigation other than conversations with a client could objectively establish whether a claim is well grounded in fact, failure to do such research may result in sanctions. Discovery may also result in the need to further corroborate what a client has said. For example, in Childs v. State Farm Mutual Automobile Insurance Co., 29 F.3d 1018 (5th Cir. 1994), the court found that the plaintiff's attorney had conducted a reasonable investigation before filing an action against the insurance company on behalf of his client, who had been involved in a hit-and-run accident. The insurance company presented substantial evidence that the accident had been staged. **The plaintiff's attorney then failed to conduct any discovery of his own into the insurance company's allegations. That failure to investigate or withdraw the claim led the district court to impose sanctions.** The Fifth Circuit affirmed: We must agree that this inquiry was deficient, never did the attorney conduct any affirmative discovery to test the veracity of the evidence developed by his client. Thus, in most cases, a reasonable inquiry includes going beyond the client's story to corroborate with documentation, witnesses, or experts' testimony. **It was recognized in Nassau-Suffolk Ice Cream, Inc. v. Integrated Res., Inc., 114 F.R.D. 684, 689 (S.D.N.Y. 1987), "when the attorney can obtain the information necessary to certify the validity of the claim in public fashion and need not rely solely on the client, he must do so."**

### XV. Allegations Based in Fact:

**15.1**  The standard for determining whether a pleading is well grounded in fact for Rule 11 purposes is, according to Hillsborough County v. A & E Road Oiling Service, Inc., 160 F.R.D. 655, 659 (M.D. Fla. 1995), "objectively reasonable under the circumstances." A filing meets this

requirement if there is some evidentiary basis for the position taken at the time the pleading is signed. Even if the factual assertions in a paper are later disproven or are insufficient to survive a summary judgment motion, the paper is not sanctionable. Whether or not there is factual support can shift as parties learn new information. Thus, the attorney has a continuing obligation to ensure that the allegations are not baseless each time he or she files a paper with the court.

**15.2  An magistrate will be subject to sanctions if he or she continues to assert baseless allegations after learning of the facts or legal precedent that undermined them.** For example, in Mercury Air Group, Inc. v. Mansour, 237 F.3d 542, 549 (5th Cir. 2001), the Fifth Circuit affirmed sanctions in the form of reasonable attorney fees and expenses against an attorney who conducted 150 hours of investigation prior to filing the suit but who continued to pursue the claim even after learning that claim was baseless.

**15.3** JOBADIAH SINCLAIR WEEKS **Moves This Court to Grant His Demand for Sanction and States:**

**15.4** Attorneys/Prosecutors are expected to perform a reasonable "Pre-filing investigation." Rule 11 states in part that Attorneys/Prosecutors must not file suit without evidentiary support for the allegations contained in the complaint. If the Attorneys/Prosecutors performed a reasonable pre-filing investigation, they would have uncovered facts verifying the court's lack of jurisdiction. I am an American National, and the original conspirators Agent Roger Duh and Magistrate Judge Scott T. Varholak and Attorneys/Prosecutors including but not limited to Craig Carpenito, David W. Fedor, Anthony P. Torntore and Jamie L. Hoxie failed to identify and/or provide a witness or a valid affidavit for the court to have jurisdiction to hear the case and therefore had no jurisdiction to issue warrants, convene a grand jury or execute upon a fraudulently induced, invalid so-called inditement.

**15.5** The Constitution mandates people have the right to confront and cross-examine witnesses. When the court views the deprivation as greater, it applies the right to confront and cross-examine more strictly. The Enterprise was using the fabricated excuse of attempting to collect on a fabricated tax debt in what is the equivalent of a Few Million Dollars by seizing what would be the equivalent, or in excess of BILLIONS OF DOLLARS from a NON-U.S. Individual, NON

Tax Payer, operating in a foreign country and BEYOND THE U.S. JURISDICTION! As a general proposition, however, "[i]n almost every setting where important decisions turn on questions of fact, due process requires an opportunity to confront and cross-examine witnesses." Goldberg v. Kelly, 397 U.S. 254, 269 (1970); Baird v. Owczarek, 93 A.3d 1222, 1227 (2014) (citations omitted); Louisiana State Bar Ass'n v. Levy, 292 So.2d 492, 494 (1974); see Hyson v. Montgomery County Council, 217 A.2d 578, 585-86 (1966); see Matter of Alamance County Court Facilities, 405 S.E.2d 125, 137 (1991) (indicating that even in civil proceedings substantive right to confront and cross-examine applies) (citations omitted); see People ex rel. Bernat v. Bicek, 91 N.E.2d 588, 596 (1950) (holding that a statute that precludes the right to cross-examine witnesses from whom evidence is taken would violate due process); but see Gilmore v. Osborne-Bushelman, 2011 WL 3805972, at *3 (holding that the right to cross-examine applies in criminal, not civil, cases). The Sixth Amendment right to compel the attendance of witnesses applies to the states. (Washington v. Texas (1967) 388 U.S. 14, 19.)

**15.6** Magistrate WILLIAM MATTHEWMAN failed to ensure Procedures and Due Processes were followed at any point for years.

### XVI. Demand to Strike Magistrate MATTHEWMANs Orders

**16.1** JOBADIAH SINCLAIR WEEKS demands the court strike the Defective Indictment obtained by fraud and any/all Magistrate WILLIAM MATTHEWMAN Order(s) from the record and grant the damages the claimant demands. WILLIAM MATTHEWMAN involved himself, operated and damaged claimant without jurisdiction and is in violation of the Tucker's Act, 42 U.S. C. § 1983, Foreign Agent Registration Act of 1938, and multiple other federal law(s); therefore, all the Judge's decisions should be under judicial review. The judge also violated 28 U.S.C. § 636 the statute in place to assure the claimants due process was protected. The DISTRICT Court Judge failed to identify defects with regard to jurisdiction.

**16.2** Magistrate WILLIAM MATTHEWMAN executed the invalid warrant without jurisdiction, the invalid indictment without jurisdiction as well as other violations which clearly shows Judge WILLIAM MATTHEWMAN is attempting to unlawfully assist his fellow B.A.R. members of the sTATE of NEW JERSEY. The judge's egregious participation is an attempt to get the

groundless and malicious Criminal Enterprise Member's case over to the administrative side of the federal court where the claimant will have no constitutional rights, and no due process.

**16.3**   The administrative side of the federal court operates from the local rules, as shown in the statute's notification that the fairness of the MAGISTRATE judge's consent is in the local rules, which are not connected to the Constitution or the F.R.C.P.   MAGISTRATE Court Judge WILLIAM MATTHEWMAN took what the Enterprise Members described as "worldwide Jurisdiction", without the signed consent form, violating the statute, and the claimant's right to due process by assisting fellow B.A.R. members in an entirely different sTATE.

**16.4**   MAGISTRATE Court Judge WILLIAM MATTHEWMAN is attempting to assist fellow B.A.R. members who violated the claimant by using a statute (that is not a valid law) to give the court awarded money to the attorneys who have already been paid! The claimant was violated by the MAGISTRATE Court Judge WILLIAM MATTHEWMAN because the judge failed to follow the law and get consent from all parties before getting involved in the case, harming the claimant. The "local rules" or the "rules of the court" are non-constitutional corporate policies that violate the claimant's right to due process. It states in the statute that "Rules of court for the reference of civil matters to MAGISTRATE judges shall include procedures to protect the voluntariness of the parties' consent."

**16.5**   This means the fairness of the MAGISTRATE judge's illegal interference, found in a local statute, was structured to allow judges to assist fellow B.A.R. members when they are losing in court. The claimant is filing a RECO claim against the clerk (who is responsible for making sure the MAGISTRATE judge's consent form is properly executed), along with the MAGISTRATE judge.

**16.6   The claimant is demanding the Warrant(s), Indictment and any/all Judge's Order(s), rulings, determinations et al be stricken, and co-conspirator(s) / enterprise members cease and desist all further actions.**

**16.7**   The claimant, who has no duty to tHE UNITED sTATES Statutes as an American National Diplomat, was kidnapped from foreign soil by co-conspirators/enterprise members with the

participation of MAGISTRATE Judge WILLIAM MATTHEWMAN, who was instrumental in executing a false warrant, who was instrumental in executing a false indictment, both void for lack of jurisdiction, void for lack of valid laws, void for lack of a true party in interest, void for lack of a true witness, void for lack of required signature, among other defects, then co-conspirators/enterprise members even took their scheme a step further by executing a pre-meditated, well organized bait and switch in which they then charged claimant as to invalid statutes, statutes not even specified in the fraudulently obtained inditement. Non-related, invalid, fraudulently obtained statutes are just part of the fabricated indictment scheme, then wrongfully and maliciously placed him in indenture peonage for the pre-determined purpose of pillaging and plundering claimant, who has been forced to endure 5+ years of criminal persecutions and subjugation, even though the claimant's hired so-called defense attorney(s), who were not only ineffectual but who in fact were covert operator Enterprise Members, Members, "impersonating and operating as public officials" through "Joint Activity and Pervasive Entwinement", who "did their part" and worked very hard for the foreign corporations (enterprise), to sell the claimant down river and unlawfully convert millions from JOBADIAH SINCLAIR WEEKS for their use and the benefit of the Enterprise. The claimant paid the "wolf in sheep's clothing" enterprise attorney's inflated [il]legal fee's, the inflated court fees, and the judge allowed fake statutes and a fraudulently obtained, fabricated indictment to direct and unlawfully convert claimants considerable wealth for the unjust enrichment of the Criminal Enterprise and their Members.

**16.8** Magistrate WILLIAM MATTHEWMAN knew or should have known some of the law, some due process and should have applied at least some protections supposedly guaranteed. Magistrate WILLIAM MATTHEWMAN, in concert with other Enterprise Members fraudulently represented that they were in fact effectuating the law, upholding the law and that they were enforcing Constitutional Mandates when in fact they are the ones operating repugnant to true law.

**Statutes Imposed Were Never Valid Laws:**

**16.9** In 1933 the federal government convinced congress to switch from the "Statutes at Large" (these laws were woven out of the constitution) to the Statutes and revised codes (these are

corporate rules, called "public policy). Codes and local rules are not real laws. To be a real law there must be an:

1. "Enacting clause" which tells everyone from which authority the law came from, and who is subject to following it.

2. There must be a "Title"

3. There must be a "body"

**16.10**   The State Constitution states all laws will be enacted, however title 18 has no enacting clause and no title, and therefore is a violation of the right to due process, given the fact the claimant is not a U.S. citizen subject to the state corporate policies.  In case of a conflict between the text of the Statutes at Large and the text of a provision of the United States Code that has not been enacted as positive law, the text of the Statutes at Large takes precedence.

**Statutes Are Void of Authority:**

**16.11**   Title 15, Title 26 are not positive law per 1 U.S.C. § 204 legislative notes.

**16.12**   Out of the 250,000 pages of the statutes at large, Titles 1-54, only 26 have been enacted into positive (statutory) law. These titles are 1, 3, 4, 5, 9, 10, 11, 13, 14, 17, 18, 23, 28, 31, 32, 35, 36, 37, 38, 39, 40, 44, 46, 49, 51 and **16.13**   When a title of the Code is enacted into positive law, the text of the title becomes legal evidence of the law. Titles that have NOT been enacted into positive law are only prima facie evidence of the law." https://www.govinfo.gov/app/ collection/uscode

**16.14**    Those missing 28 Statutes/Titles including Title 15 and 26 have no "implementing regulations" for "enforcement provisions."  Without such enforcement regulations the provisions cited in non- positive law statutes can and do apply only to government/respondent's statutory officers/ employees to include:

1) A military or foreign affairs function of the United States. 5 U.S.C. 553 (a) (1)

2) A matter relating to agency management or personnel or to public property, loans, grants, benefits, or contracts. 5 U.S.C. 553 (a) (2)

3) Federal agencies or persons in the capacity as officers, agents or employees thereof.  In 44 U.S.C. 1505 (a) (1)

I am not any of those things!

**16.15**  Additionally, when the law was ostensibly re-codifying title 18, Public Law 80-772, HR 3190 (June 25th 1948) came into being, its passage involved three distinct procedural errors. The first was that it violated the bicameral requirement of the U.S. Constitution. (The Presentment Clause, Art. I, § 7, cl. 2) See, Clinton vs. City of New York, 524 U.S. 417 (1998) The bills from the house and senate need to be identical. The House version of the bill, rejected by the Senate, was mistakenly certified as "truly enrolled," instead of the amended version, rendering a second procedural error, because with the rejected version being certified as "truly enrolled," it left the seal on a document which was abandoned and with it, any protections afforded by the "Enrolled Bill Rule," not to mention the uncertified amended version presented as genuine legislation. Third, WHEN the House sought to pass the Senate's amended version, it did NOT have a quorum. To remedy the shortfall so as to not violate the quorum clause, it passed H.R. 219, which supposedly permitted them to conduct business, such as the passage of a Senate's amended version of a prior legislated bill, without the constitutionally required quorum. However, H.R. 219 was NOT passed by both Houses of Congress and signed by the President, as required, since it proposed substantive changes in constitutionally mandated procedure, thus H.R. 219 was in and of itself unconstitutional, as was the subsequent passage of the amended Senate version, shepherded by an unconstitutional House resolution. Thus, these statutes that the claimant is being charged with do not exist as valid statutes to begin with!

**16.16**  The court has no subject matter jurisdiction over the alleged acts covered thereby. The only statute which gives the court jurisdiction to indict and convict on any crime is TITLE 18, listed in the March 4, 1909 Act to codify, revise, and amend the penal laws of the United States. see: SIXTIETH CONGRESS. Sess. II. CHs. 320, 321. – 1909.  This makes 18 USC section 3231 invalid, see Bond v. United States; No. 09-1227 (2011). The federal Title 18 criminal code was codified in 1909, again in 1940, and again in 1948.  In 1909 and 1940 the jurisdictional section for federal courts only authorized prosecution under TITLE 18 crimes, not SEC or IRS crimes.

Those "crimes" didn't exist in 1909! To say it another way, the indictment doesn't charge a valid federal crime. Therefore, another reason the charges are void and without legal affect. Thus, Public Law 80-772 must be declared unconstitutional, and remedied. In its wake, the false indictment is void and must be vacated per Federal Rules of Civil Procedure 60 (b) (4) (judgement is void).

**16.17** Failure of the court to do their job, declaring these charges void, constitutes intent as either an accomplice or guilty of a misprision of a felony and accessory after the fact regarding multiple crimes.

### XVII. JOBADIAH SINCLAIR WEEKS Moves This Court to Grant Demand for Sanction and States:

**17.1** Judges are expected to perform a reasonable inquiry." Rule 11 states in part that attorneys must not file suit without evidentiary support for the allegations contained in the complaint. Magistrate WILLIAM MATTHEWMAN had a duty to perform a reasonable inquiry regarding a case he was attempting to officiate over and to not just wade in blind and *carte blanche*. If the Judge performed a reasonable inquiry, he would have uncovered facts verifying the court's lack of jurisdiction. The defendant is NOT a U.S. Citizen, and the Magistrate had a duty to verify who he was intending to officiate over. There was no true witness or true party in interest or even a sworn affidavit. The Constitution mandates people have the right to confront and cross-examine witnesses. When the court views the deprivation as greater, it applies the right to confront and cross-examine more strictly. As a general proposition, however, "[i]n almost every setting where important decisions turn on questions of fact, due process requires an opportunity to confront and cross-examine witnesses." Goldberg v. Kelly, 397 U.S. 254, 269 (1970); Baird v. Owczarek, 93 A.3d 1222, 1227 (2014) (citations omitted); Louisiana State Bar Ass'n v. Levy, 292 So.2d 492, 494 (1974); see Hyson v. Montgomery County Council, 217 A.2d 578, 585-86 (1966); see Matter of Alamance County Court Facilities, 405 S.E.2d 125, 137 (1991) (indicating that even in civil proceedings substantive right to confront and cross-examine applies) (citations omitted); see People ex rel. Bernat v. Bicek, 91 N.E.2d 588, 596 (1950) (holding that a statute that precludes the right to cross-examine witnesses from whom evidence is taken would violate due process);

see Gilmore v. Osborne-Bushelman, 2011 WL 3805972, at *3 (holding that the right to cross-examine applies in criminal, not civil, cases). The Sixth Amendment right to compel the attendance of witnesses applies to the states. (Washington v. Texas (1967) 388 U.S. 14, 19.)

**17.2** Magistrate WILLIAM MATTHEWMAN had a duty to inquire as to justification of seizing the equivalent of BILLIONS OF DOLLARS regarding an alleged tax obligation from a foreign country from NON-U.S.Citizens.

### XVIII.  Demand for CEASE AND DECIST by MAGISTRATE WILLIAM MATTHEWMAN

**18.1**    I, the Clamant, who goes by JOBADIAH SINCLAIR WEEKS, being of sound judgment, and over the age of twenty-one, reserving all rights, being unschooled in law, and who has no B.A.R. attorney, is without an attorney, and having never been re-presented by an attorney, and not waiving assistance of counsel, knowingly and willingly Declares and Duly affirms, in accordance with laws in and for the sTATE of COLORADO, in good faith, and with full intent for preserving and promoting the public confidence in the integrity and impartiality of the government and the judiciary, that the following statements and facts, are true and correct of Affiant's own first-hand knowledge, understanding, and belief, do solemnly declare, and depose and say:

**18.2**    Judge WILLIAM MATTHEWMAN had/has no jurisdiction and is in violation of the Tucker's Act; 42 U.S. Code. Sec. 1983, Foreign Agent Registration Act of 1938, and multiple other federal law(s); therefore, all the Judge's decisions should be under judicial review. The judge also violated 28 U.S.C. 28 U.S.C. § 636 the statute in place to assure the claimants due process was protected. The Magistrate Judge failed to identify defects with regard to jurisdiction, law and facts which clearly shows Judge MATTHEWMAN is attempting to assist his fellow B.A.R. members of the sTATE of NEW JERSEY. The judge's egregious participation is an attempt to get the groundless and malicious Criminal Enterprise Member's case over to the administrative side of the federal court where the claimant will have no constitutional rights, and no due process.

**18.3**    The administrative side of the federal court operates from the local rules, as shown in the statute's notification that the fairness of the magistrate judge's consent is in the local rules, which are not connected to the Constitution or the FRCP.  Magistrate Judge WILLIAM MATTHEWMAN took what the Enterprise Members described as "worldwide Jurisdiction", jurisdiction without the signed consent form violating the statute, and the claimant's right to due process by assisting fellow B.A.R. members of the sTATE of NEW JERSEY.

**18.4**    Magistrate Judge WILLIAM MATTHEWMAN actively assisted fellow B.A.R. members who are working in concert one with another to repeatedly violate the claimant by using statutes (that are not valid law) to share the court sanctioned ill-gained money, with all members of the Enterprise. The claimant was violated by Magistrate Judge WILLIAM MATTHEWMAN because the judge failed to follow the law and get consent from all parties before getting involved in the case, harming the claimant. The "local rules" or the "rules of the court" are non-constitutional corporate policies that violate the claimant's right to due process.  It states in the statute that "Rules of court for the reference of civil matters to magistrate judges shall include procedures to protect the voluntariness of the parties' consent."  This means the fairness of the magistrate judge's illegal interference, found in a local statute, was structured to allow judges to assist fellow B.A.R. member when they have a particular booty they want to relieve someone of.

**18.5**    The claimant is filing a RICO claim against Judge WILLIAM MATTHEWMAN  as well as against the clerk (who is responsible for making sure the magistrate judge's consent form is properly executed) as a related but independent action for damages.

**The claimant is demanding any/all Magistrate Judge's Order(s) be stricken, and co-conspirator(s) / enterprise members cease and desist all further actions.**

**18.6**    The claimant, who has no duty to tHE UNITED STATES Statutes, was subjected to aggravated kidnapping, from foreign soil by armed co-conspirators/enterprise members, who manufactured a false indictment, void for lack of jurisdiction, void for lack of valid laws, void for lack of a witness, void for lack of required signature then executed a pre-meditated, well organized bait and switch in which they charged claimant with false statutes as part of the fabricated indictment scheme.. then wrongfully and maliciously placed him in bondage for the

express purpose of pillaging and plundering claimant, (and a Million other international victims - literally) who has been forced to endure 5 years of criminal wrangling and subjugation,

**18.7**    Magistrate Judge WILLIAM MATTHEWMAN, along with members of the enterprise:

1)  Formed a criminal enterprise for the purpose of unlawfully converting wealth and assets into the control of the enterprise to unjustly enrich the enterprise;

2)  Fabricated documents, under the color of law, for the public record for the express purpose of carrying out the unlawful conversion and unjust enrichment scheme;

3)  Conspired with other enterprise members, under the color of law, to then lay siege to, and destroy, a MULTI-BILLION Dollar private venture that was operating in a foreign country, legally and lawfully and **fully without the jurisdiction** of tHE UNITED sTATES;

4)  Aggravated kidnapping of JOBADIAH SINCLAIR WEEKS in order to neutralize him;

5)  Holding JOBADIAH SINCLAIR WEEKS captive and in bondage, without trial or due process for 5 years;

6)  Defaming JOBADIAH SINCLAIR WEEKS by making him out to be a "principle in a company" when he has never been a "principle" and there has never been a "company."

7)  Defaming JOBADIAH SINCLAIR WEEKS by making him out to be the "responsible party" for ALL losses and **damage sustained by the foreign venture and others who were damaged as a direct result of the criminal enterprises premeditated, willful and wanton predatory actions,** and NOT JOBADIAH SINCLAIR WEEKS.

FURTHERMORE, The fact that the Enterprise Members have failed to produce

1)  an actual witness;

2)  a valid Indictment;

3)  proof of jurisdiction;

4)  an injured party (actually injured by JOBADIAH SINCLAIR WEEKS);

5)  a valid statute in which to bring charges (that JOBADIAH SINCLAIR WEEKS may of actually violated);

6) evidence of a crime (actually committed by JOBADIAH SINCLAIR WEEKS) in 5 years and yet, is still continuing a malicious prosecution - which is in itself - incontrovertible evidence that the Enterprise is engaged in their scheme and NOT Due Process of law.

**18.8** Claimant's hired so-called defense attorney(s) who were not only ineffective assistance of counsel but who in fact were covert operator / enterprise members, who worked very hard for the foreign corporations (enterprise), to sell the claimant down river. The claimant paid the "wolf in sheep's clothing" enterprise attorney's inflated fee's, the inflated court fees, and the judge used a fake statute and fraudulent indictment to direct and unlawfully convert claimants money for the unjust enrichment of the criminal enterprise members.


**WHEREFORE:**

The Judge's discernment is challenged due to his obstruction of the administration of justice in this case. The judge ruled in this case without consent or jurisdiction, opening the door wide for his co-conspirators / Enterprise members, under the color of law, and playing his part in the kidnapping, pillaging and plundering of a foreign American national Diplomat JOBADIAH SINCLAIR WEEKS. The magistrate judge can only take jurisdiction upon consent from all parties. Claimant never provided consent for a **lessor judge** to be involved in his lawsuit. The Supreme Court has ruled and has reaffirmed the principle that "justice must satisfy the "appearance" of justice. Further, the judge has a legal duty to disqualify himself even if there is no motion asking for his disqualification. None of the orders issued by any judge who has been disqualified by law are valid. The orders are void as a matter of law, and are of no legal force or effect. The claimant demands all the orders from Judge WILLIAM MATTHEWMAN, be vacated, and the Regional Judge to preside over the case and the court to release him to his freedom, return the wealth and property stolen to be restored to the Claimant within 48 hours and order the parties to answer.

## CONCLUSION AND *RECTUM ROGARE*

WHEREAS, the facts and the law contained herein are before this court; and. WHEREAS, the facts and the law contained herein are the Truth; and WHEREAS, we hold said Truths to be self-evident; and, WHEREAS, self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter or overcome these Truths; and, WHEREAS, Truth is Sovereign: She comes from God and bears His message, from whatever quarter her great eyes may look down upon you; Psalms 117:2; John 8:32; II Corinthians. 13:8; THEREFORE; this court must perform its duty under the Rule of Law, do Justice, *Rectum Rogare,* and Strike the Warrant, Strike the Indictment and strike all orders of Magistrate Judge Clark and without delay for.. "Justice delayed is Justice denied."

*Rectum Rogare* - "to do right; to petition the judge to do right." --Black's Law Dictionary 4th edition.

## CERTIFICATE OF SERVICE

| | |
|---|---|
| U.S. DISTRICT COURT SOUTHERN - FLORIDA<br>701 Clematis Street<br>West Palm Beach, Florida 33401 | Via USPS 9589071052702257515358<br>R.R. 9590940291454225601267 |
| ATTORNEY GENERAL - FLORIDA<br>Attn: ASHLEY BROOK MOODY<br>CAPITOL PL-01<br>Tallahassee, Florida 32399 | Via USPS 9589071052702257515402<br>R.R. 9590940291454225601885 |
| STATE OF FLORIDA Inc.<br>400 South Monroe St.<br>Tallahassee, Florida 32399 | Via USPS 9589071052702257515396<br>R.R. 9590940291454225601229 |
| B.A.R. ASSOCIATION - FLORIDA<br>400 S Monroe St,<br>Tallahassee, FL 32399 | Via USPS 9589071052702257515365<br>R.R.9590940291454225601250 |
| U.S. DISTRICT COURT NEWARK - NEW JERSEY<br>Attn: Michael A. Hammer<br>50 Walnut Street<br>Newark, New Jersey 07102 | Via USPS 9589071052702257516317<br>R.R. 9590940233777227867247 |
| U.S. DISTRICT COURT DENVER - COLORADO<br>901 19th Street<br>Denver, Colorado 80294 | Via USPS 9589071052702257515280<br>R.R. 9590940291454225601335 |

**FURTHER AFFIANT SAITH NOT.**

I declare under the penalty of bearing false witness before God and as recognized under the laws in and for The sTATE of COLORADO, the Laws of tHE UNITED sTATES, acting with sincere intent and full standing in law, do herewith certify and state that the foregoing contents are true, correct, complete, certain, admissible as evidence, and not intended to mislead anyone, and that JOBADIAH SINCLAIR WEEKS executes this document in accordance with best knowledge and understanding without dishonor, without recourse; with All rights reserved, without prejudice.

Done this _____ day of January, in the year 2025, under penalty of perjury under the laws of tHE UNITED sTATES.

JOBADIAH SINCLAIR WEEKS - Beneficiary

All Rights Reserved - 1-308

SUBSCRIBED AND SWORN to this _____ day of,  January, 2025.

Notary Public; in and for ___Jefferson_____ county                    SEAL

JAN ANDREW THOMAS MCKISSACK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214040549
MY COMMISSION EXPIRES OCTOBER 13, 2025

**IN THE DISTRICT COURT OF THE UNITED STATES**
**DISTRICT OF NEW JERSEY**
**Federal Court Of Settlement - Judicial**

| | | |
|---|---|---|
| JOBADIAH SINCLAIR WEEKS, Federal Trust | § | |
| | § | |
| Counter-Claimant, | § | CASE #  9:19-mj-8526 |
| | § | CASE #  2:19-cr-877-CCC |
| vs. | § | |
| | § | |
| Willian Matthewman and WILLIAM MATTHEWMAN, | § | Common Law/Exclusive Equity |
| Magistrate Judge; | § | Only |
| | § | |
| Criminal Co-Conspirators / Enterprise Members | § | |
| Respondents, | § | |
| | § | |

### <u>Proposed Order</u>

This matter comes before the court on the claimant's Notice of Recusal.

Having reviewed the Notice, and all the other documents filed in support and opposition,  And

been fully advised.

### The Court Hereby Grants And Orders The claimant's Notice of Recusal:

The Court grants and orders the claimant's Motion to Recuse Judge WILLIAM MATTHEWMAN

in the above captioned matter:

on this _____ day of _____ 2025

By Judge: _____



 

FL
DENVER, CO 80217
JAN 18, 2025

33401

**$19.40**

RDC 03    S2322T501191-13

9589 0710 5270 2257 5150 51

# PRIORITY® MAIL

**FROM:**

WEEKS
11627 W. 74TH WAY
ARVADA CO. 80005

E ®

nestic use.

rance (restrictions apply).*

nestic and many international destinations.

eclaration form is required.

regarding claims exclusions see the

m for availability and limitations of coverage.

**TO:**

William Mathewman
701 Clematis Street
W. Palm Bch, FL
33401

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

DPE

D

 



ber 2023
x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.