Case 9:19-mj-08526-WM   Document 27-1   Entered on FLSD Docket 01/23/2025   Page 1 of 4

FILED BY  MC  D.C.
JAN 23 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

# The Accused Distribution List

Notice: All parties on this list are accused of violating the rights of jobadiah-sinclair Family Weeks also known as jobadiah-sinclair :Weeks, one of "the People" (as seen in the US Constitution Preamble & Colorado Constitution Bill of Rights Article II). The accusations against you, **the accused** on this list, expressed within an affidavit attach hereto includes committing, colluding and conspiracy to committing the following crimes/offenses: Failing to uphold the oath you took to the US and State Constitutions and warring against it; Breach of Trust; Attacking a Beneficiary of a Constructive Trust you were unlawfully administering; Breach of your fiduciary duties; Invalid and unlawful warrant issued, resulting in a false arrest and unlawful searches and seizures absent probable cause not supported by Oath or affirmation, in blatant violation of the Constitution; Fraudulent charges predicated on unsworn petitions by prosecuting attorneys; Deprivation of rights for a trial by jury; Confiscation and theft of property without the due process of law; Physical, mental and psychological torture; Denial of bail for non-capital offense; Denial of a speedy trial; Coercion to accept a plea bargain under circumstances of torture and 11 months of unlawful incarceration without a trial, and without the right to face my accusers; Cruel and unusual punishment; Crimes against humanity; Unlawful conversion of me into a "person" (fictitious entity); Human Trafficking and treason. You have the opportunity to rebut all accusations and charges against you stated within the affidavit in this **court of record**. Your response and rebuttals must be sent to the **accuser's** Notary Witness listed in the Notary Certificate of Service, Doc Id JSW08252002-1.

1. U.S. DISTRICT COURT SOUTHERN - FLORIDA, Private For Profit Consortium Corporation, De facto Impersonating a Government Agency - SOUTH MIAMI, FLORIDA, U.S. Person, a taxpayer

2. William: Family of Matthewman and WILLIAM: Family of MATTHEWMAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, WILLIAM MATTHEWMAN, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT SOUTHERN - WEST PALM BEACH, FLORIDA, U.S. Citizen, a taxpayer

3. William T.: Family of Walsh and WILLIAM T.: Family of WALSH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, WILLIAM T. WALSH, Court Clerk, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT SOUTHERN - WEST PALM BEACH, FLORIDA, U.S. Citizen, a taxpayer

4. Aurora: Family of Fagan and AURORA: Family of FAGAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, AURORA FAGAN, Legal Counsel, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - MIAMI, FLORIDA, U.S. Citizen, a taxpayer

5. William: Family of Johnson and WILLIAM: Family of JOHNSON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a WILLIAM JOHNSON, IRS Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

6. Julian: Family of Washington and JULIAN: Family of WASHINGTON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JULIAN WASHINGTON, IRS Special Agent, of the Trust business entity titled - "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

7. Adam: Family of Weisenstein and ADAM: Family of WEISENSTEIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ADAM WEISENSTEIN, IRS Special Agent, of the Trust business entity titled - "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

8. Amjad: Family of Qaqish and AMJAD: Family of QAQISH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a AMJAD QAQISH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - FLORIDA," U.S. Citizen, a taxpayer

9. Adam P.: Family of Schwartz and ADAM P.: Family of SCHWARTZ d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ADAM P. SCHWARTZ, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Citizen, a taxpayer

10. CARLTON FIELDS FIRM, Private For Profit Consortium Corporation, De Facto Impersonation of a Government Agency by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Person, a taxpayer

11. Simon A.: Family of Gaugush and SIMON A.: Family of GAUGUSH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SIMON A. GAUGUSH, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Citizen, a taxpayer

28. Dean: Family of Manes and DEAN: Family of MANES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DEAN MANES, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

29. Adam: Family of Rutkokski and ADAM: Family of RUTKOKSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ADAM RUTKOKSKI, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

30. Marceelette: Family of Ellis-Goodwin and MARCEELETTE: Family of ELLIS-GOODWIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MARCEELETTE ELLIS-GOODWIN, IRS Special Agent/Investigative Analyst, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

31. Jonathan: Family of Helmstetter and JONATHAN: Family of HELMSTETTER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JONATHAN HELMSTETTER, FBI Agent, of the Trust business entity titled "IRS," U.S. Citizen, a taxpayer

32. Leo: Family of Rovenski and LEO: Family of ROVENSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a LEO ROVENSKI, FBI Agent, of the Trust business entity titled "IRS" U.S. Citizen, a taxpayer

33. Victor: Family of Ribeiro and VICTOR: Family of RIBEIRO d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VICTOR RIBEIRO, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

34. Avra: Family of Rubin and AVRA: Family of RUBIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a AVRA RUBIN, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

35. Brian: Family of Lukacsy and BRIAN: Family of LUKACSY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a BRIAN LUKACSY, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

36. Ven: Family of Karavchuk and VEN: Family of KARAVCHUK d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VEN KARAVCHUK, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

37. John: Family of Magloski and JOHN: Family of MAGLOSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JOHN MAGLOSKI, FBI Special Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

38. David: Family of Rodman and DAVID: Family of RODMAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DAVID RODMAN, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

39. RODMAN LAW GROUP - FIRM, Private For Profit Consortium Corporation, De Facto Impersonation a Government Agency by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Person, a taxpayer

40. Seth: Family of Junker and SETH: Family of JUNKER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a SETH JUNKER, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

41. Carlos: Family of Morales and CARLOS: Family of MORALES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CARLOS MORALES, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

42. STATE Of COLORADO Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - DENVER, COLORADO, U.S. Person, a taxpayer

District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

58. U.S. DISTRICT COURT NEWARK - NEW JERSEY, Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - NEWARK, NEW JERSEY, U.S. Person, a taxpayer.

59. Melissa E.: Family of Rhoads. and MELISSA E.: Family of RHOADS d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MELISSA E. RHOADS Court Clerk, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

60. Philip R.: Family of Sellinger and PHILIP R.: Family of SELLINGER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, PHILIP R. SELLINGER, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

61. Rachael.: Family of Honig and RACHAEL: Family of HONIG d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, RACHAEL HONIG, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

62. Craig.: Family of Carpenito and CRAIG: Family of CARPENITO d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, CRAIG CARPENITO, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

63. David W.: Family of Feder and DAVID W.: Family of FEDER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID W. FEDER Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

64. Anthony P.: Family of Torntore and ANTHONY P.: Family of TORNTORE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ANTHONY P. TORNTORE Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

65. Jamie L.: Family of Hoxie and JAMIE L.: Family of HOXIE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JAMIE L. HOXIE Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

66. Joseph A.: Family of Minish and JOSEPH A.: Family of MINISH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JOSEPH A. MINISH Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

67. Sarah: Family of Devlin and SARAH.: Family of DEVLIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SARAH DEVLIN Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

68. U.S. PROSECUTORS/ATTORNEYS - NEW JERSEY, Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - NEWARK, NEW JERSEY, U.S. Person, a taxpayer

69. Michael L.: Family of Yaeger and MICHAEL L.: Family of YAEGER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MICHAEL L.

CRENSHAW, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

83. Joseph: Family of Dagrossa and JOSEPH: Family of DAGROSSA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JOSEPH DAGROSSA, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

84. Jamie Lee: Family of Lizarraga and JAMIE LEE: Family of LIZARRAGA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JAMIE LEE LIZARRAGA, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

85. James: Family of Clark iii and JAMES: Family of CLARK iii d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JAMES CLARK, District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT -NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

86. Hester: Family of Pierce and HESTER: Family of PIERCE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a HESTER PIERCE, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

87. Mark T: Family of Uyeda and MARK T: Family of UYEDA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MARK T. UYEDA, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

88. David: Family of Tonini and DAVID: Family of TONINI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID TONINI, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - DENVER, COLORADO, U.S. Citizen, a taxpayer

**With Completion of Service and designation of Witnesses To:**

1. Judge Advocate General of the Navy (JAG)
   Vice Adm. Christopher C. French

2. Deputy Judge Advocate General of the Navy
   Rear Adm. Lia Reynolds