19 cr 877 CCC-03

# RESCISSION OF AUTOGRAPH NOTICE AND
# NULLIFICATION OF PLEA STATEMENT FOR CAUSE

Notice Date:   This: January 18th of the year Two Thousand Twenty Five.

STATE OF NEW JERSEY
U.S. DISTRICT ATTORNEYS
970 Broad St. Suite 700
NEWARK, NEW JERSEY 07102



FILED BY ___ D.C.

JAN 23 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

In reply to: Fraudulently induced "Plea statement regarding Jobadiah Sinclair Weeks" # 19-cr-877 (CCC)-03, Dated 09/24/2020, that was used to maliciously, unlawfully and illegally embondage, torture and de-wealth rescissioner for years.

PLEASE TAKE NOTICE:  i, Jobadiah-Sinclair: Weeks, a sentient moral man, Settler of JSW Trust, Secure Party Creditor of JOBADIAH SINCLAIR WEEKS (Beneficiary/accused) **Rescission** the Autograph as it appears on the "Plea statement regarding JOBADIAH SINCLAIR WEEKS # 19-cr-877 (CCC)-03, Dated 09/24/2020, that was never signed and that was intended for a person. That induced statement was used to maliciously, unlawfully and illegally embondage, torture and de-wealth rescissioner, a third party victim, for years. This Rescission shall include every Autograph on every document, copy, bearing autograph, "Jobadiah Weeks", for cause.

PLEASE TAKE NOTICE:   i, Jobadiah-Sinclair: Weeks, a sentient moral man, **Rescission** the autograph on ANY and ALL document(s) obtained, held, kept, filed, used, sent, received, archived, copied, duplicated, submitted or whatall.

Rescissioner willingly, knowingly, voluntarily, intentionally and intelligently perform this act and deed.

Rescissioner made a mistake by autographing "Jobadiah Weeks" in the stead of a person listed on the document by the name of JOBADIAH SINCLAIR WEEKS who he was/is not. The name on the document was similar and rescissioner inadvertently autographed in the place of that person.

Rescissioner made a mistake Providing Information, Autographing, or Acknowledging the "Plea statement regarding JOBADIAH SINCLAIR WEEKS" # 19-cr-877 (CCC)-03, Dated 09/24/2020, that was used to maliciously, unlawfully and illegally embondage, torture and de-wealth rescissioner for years.

"Plea statement regarding Jobadiah Sinclair Weeks" # 19-cr-877 (CCC)-03, Dated 09/24/2020, that was fraudulently induced and was intended to perpetrate a fraud and **is Fraud** and therefore VOID.

Rescissioner received NO value or consideration from "Plea statement regarding JOBADIAH SINCLAIR WEEKS" # 19-cr-877 (CCC)-03, Dated 09/24/2020 and therefore **no contract could be made valid.**

Therefore, i now repent of my sin.

"My son, if you: Have you become guarantor for your friend, Have shaken hands in a pledge for a stranger, Have been snared by the words of your own mouth, Have been caught by the words of your own mouth - Do this at once, my son, and deliver yourself, For you have come into the hand of your friend:[1] Go, humble yourself, and urge your friend. Give no sleep to your eyes, Nor slumber to your eyelids. Deliver yourself like a gazelle from the hunter's hand, And like a bird from the hand of the trapper."[2]

"He who is guarantor for a stranger suffers harm, But one who hates shaking hands in a pledge is safe."

---

[1] Proverbs 6 verses 1 through 5, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 North riding 2162 South Africa
[2] Proverbs 11 verse 15, The Scriptures, published by Institute For Scripture Research (PTY) LTD South Africa P.O. Box 1830 North riding 2162 South Afri

## NOTICE TO CLERK   NOTICE TO RECORDER

**Pursuant to Title 18 U.S.C., chapter 101 2071(b)**, "Whoever, having the custody of any such record, proceeding, map, book, document, paper, recording or another thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both and shall forfeit his office and he shall be disqualified from holding any office under tHE UNITED sTATES."

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Law and Equity provide for rescission for mistake of the fact or actual or constructive fraud, and voidance where the fraud is the determining motive of the contract to wit in pertinent part:

rescission.... A party's unilateral unmaking of a contract for a legally sufficient reason.. Rescission is generally available as a remedy or defense for a non-defaulting party and restores the parties to their pre-contractual positions.. [**Blacks Law Dictionary**, ed., s.v. "Rescission"] (U/L emphasis added)

rescission.. and act of rescinding, annulling, or vacating or of canceling or abrogating (as by restoring to another party to a contract or transaction that one has received from him). [Merrium-Webster's Unabridged Dictionary, inc. version 2.5., s.v. "Rescission"]

RECISSION. The equity for the rescission and cancellation of agreements, deeds and other instruments arise when a transaction is vitiated by illegality or fraud, or by reason of it's having been carried on in ignorance or mistake of facts material to its operation. The Jurisdiction of equity is exercised upon the principle the *quia timet* ; that is, for fear that such agreements, securities, deeds and other instruments may be voraciously or injuriously used against the party seeking relief, when the evidence to impeach them may be lost; or that they may throw a cloud or suspicion over his interest or title; or where he has a defense good and equity which cannot be made available at law. The cases in which this relief will be granted on account of the misrepresentation and fraud may be divided into four classes: *first*, where there is actual fraud in the party defendant in which the party plaintiff has not participated; Smith v. Richards, 13 pet. (U.S. 26, 10 L. Ed. 42); *secondly*, where there is constructive fraud against public policy and the party plaintiff does not appear to have participated therein; *thirdly*, where there is a fraud against public policy and the party plaintiff has participated therein, but public policy would be defeated by allowing it to stand; **fourthly**, where there is a constructive fraud by both parties, - that is, we're both parties are *in delicto*, but not *in para delicto*; see 2 Story, Eq. Jur. § 694... [Bouvier's Law Dictionary, 3rd rev., 8th cd., s.v. "Rescission"]

FRAUD.. *Actual* or positive *fraud* includes cases of the intentional and successful employment of any cunning, deception, or artifice, used to circumvent, cheat, or deceive another.. 1 Story Eq. Jur. § 186.

### PROOF OF SERVICE

COMES NOW, Jobadiah-Sinclair:Weeks©, with this common law **NOTICE AND DEMAND: Notice of and rescission of Plea Bargain For cause.** To be placed before the Clerk of Court of The District Court of tHE UNITED sTATES District of NEW JERSEY on this nineteenth day of the eleventh month In the Year of Our Lord twenty naught twenty four.

ATTORNEY GENERAL - NEW JERSEY  
Attn: MATTHEW J. PLATKIN  
25 Market Street  
Trenton, New Jersey, 08625

Via USPS 70223330000073301530  
R.R. 9590940233777227867216

U.S. DISTRICT COURT NEWARK - NEW JERSEY
Attn: CLAIR C. CECCHI
Attn: EDWARD S. KEIL
Attn: MICHAEL A. HAMMER
50 Walnut Street
Newark, New Jersey 07102

Via USPS 9589071052702257516317
R.R. 9590940233777227867247


sTATE OF NEW JERSEY Inc.
125 West State Street
Trenton, New Jersey, 08608

Via USPS 9589071052702257516638
R.R. 9590940233777227867230


U.S. PROSECUTORS/ATTORNEYS - NEW JERSEY
Attn: CRAIG CARPENITO
Attn: PHILIP R. SELLINGER
Attn: ANTHONY P. TORNTORE
Attn: DAVID W. FEDER
Attn: RACHAEL HONIG
Attn: JAMIE L. HOXIE
Attn: JOSEPH A. MINISH
Attn: SARAH DEVLIN
970 Broad Street
7th Floor
Newark, New Jersey 07102

Via USPS 9589071052702257515211
R.R. 9590940291454225601403


B.A.R. ASSOCIATION - NEW JERSEY
One Constitution Square
New Brunswick, New Jersey, 08901

Via USPS 9589071052702257516621
R.R. 9590940233777227867223


## CONCLUSION AND *RECTUM ROGARE*

    WHEREAS, the facts and the law contained herein are before this court; and. WHEREAS, the facts and the law contained herein are the Truth; and WHEREAS, we hold said Truths to be self-evident; and, WHEREAS, self-evident Truths are undisputed and incontrovertible, no oral argument is requested, for no words can alter or overcome these Truths; and, WHEREAS, Truth is Sovereign: She comes from God and bears His message, from whatever quarter her great eyes may look down upon you; Psalms 117:2; John 8:32; II Corinthians. 13:8; THEREFORE; this court must perform its duty under the Rule of Law, do Justice, *Rectum Rogare*, without delay for.. "Justice delayed is Justice denied."

*Rectum Rogare* - "to do right; to petition the judge to do right." — Black's Law Dictionary 4th edition.

"i, a man commonly known as Jobadiah Sinclair Weeks© (Rescissioner), on my own unlimited commercial liability, certify that I have read the above and do know that the facts contained are true, correct and complete, not misleading, the truth, the whole truth and nothing but the truth."

**Attachment:** "Plea statement regarding JOBADIAH SINCLAIR WEEKS"  # 19-cr-877 (CCC)-03, Dated 09/24/2020, that was fraudulently induced and was intended to perpetrate a fraud and is fraud and therefore VOID.

Sincerely: _____
Jobadiah-Sinclair: Weeks©
Without Prejudice UCC 1-308 A.A.R.

Jobadiah-Sinclair: of the family Weeks (the living man)
On the land of the republic at Large, America
Non-Domestic
c/o 11627 West 74th Way
near Arvada, Colorado Republic [80005]
without the United States (28 U.S.C. 1746)

**Acknowledgment**

For verification purposes only:

SUBSCRIBED AND SWORN TO before me by Jobadiah Sinclair Weeks©, known to me or proven to be the real man signing this affidavit this __18__ day of January, 2025

WITNESS my hand and official seal:

_____   1/18/2025 (Seal)
NOTARY PUBLIC                  DATE

JAN ANDREW THOMAS MCKISSACK
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214040549
MY COMMISSION EXPIRES OCTOBER 13, 2025

**CERTIFIED MAIL**

9589 0710 5270 2257 5164 09

Retail



U.S. POSTAGE PAID
PM
DENVER, CO 80217
JAN 18, 2025

33401

RDC 03

$19.40

S23221501191-13

**PRIORITY® MAIL**

FROM:

WEEKS
11627 WEST 74TH WAY
ARVADA, COLORADO.
[80005]

INSPECTED

TO:
US District Court
Att. Clerk
701 Clematis St.
West Palm Beach Fl
33401

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP



ober 2023
x 9 1/2