UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Southern District of Florida Case No. 19-mj-8526-WM
(District of New Jersey Case No. 19-cr-00877-CCC)

UNITED STATES OF AMERICA,

v.

JOBADIAH SINCLAIR WEEKS,

    Defendant.
_____/

FILED BY _____SW_____ D.C.

Jan 29, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**ORDER DENYING DEFENDANT WEEKS' MOTION TO RECUSE, TO STRIKE, AND FOR DEMAND OF 8.5 MILLION DOLLARS [DE 27]**

THIS CASE is before the Court upon the Defendant Jobadiah Sinclair Weeks' ("Defendant") *pro se* "Notice of Recusal of Magistrate Judge William Matthewman Pursuant to 28 USCS Sec. 455 and Demand to Strike all William Matthewman Documents from Record and Demand for 8.5 Million Dollars in Sanctions Against William Matthewman and Assets Pursuant to Rule 11" filed in this Court on January 23, 2025 ("Motion") [DE 27].

On December 11, 2019, Defendant appeared before the Undersigned U.S. Magistrate Judge for an initial appearance and a removal proceeding pursuant to an Indictment returned against him in the District of New Jersey (*United States of America v. Weeks*, case no. 19-cr-00877-CCC).

While in the Southern District of Florida, Defendant was ordered detained [DE 11], and a Warrant of Removal [DE 12] was signed by me on December 20, 2019. Defendant was subsequently removed to the District of New Jersey, where his case remains pending.

Recently, on January 23, 2025, approximately five (5) years after his case was closed in this district, Defendant filed his *pro se* Motion [DE 27], as well as a "Rescission of Autograph Notice and Nullification of Plea Statement for Cause" [DE 28], in this district in a closed case.

To the extent Defendant is seeking any relief in this Court, his Motion [DE 27], as well as any other requests, are **DENIED**. Aside from the fact that Defendant's Motion, filings and requests are frivolous, meritless, and nonsensical, jurisdiction of this case lies in the District of New Jersey.

The Clerk of Court SHALL transmit a copy of this Order to the Clerk of Court of the District of New Jersey, Newark Division, in reference to *United States of America v. Weeks*, case no. 19-cr-00877-CCC, pending in that district.

The Clerk of Court SHALL also mail a copy of this Order to Jobadiah Weeks, 11627 West 74th Way, Arvada, Colorado, 80005.[1]

**DONE and ORDERED** in open court at West Palm Beach, Palm Beach County, in the Southern District of Florida, on the 29th day of January 2025.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that, according to the docket in the pending New Jersey case, Defendant is still represented by counsel in that case. However, since Defendant Weeks filed his Motion *pro se*, a copy of this Order is being mailed directly to Defendant.