FILED BY _____ PCS _____ D.C.

FEB 03 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# The Accused Distribution List

Notice: All parties on this list are accused of violating the rights of jobadiah-sinclair Family Weeks also known as jobadiah-sinclair :Weeks, one of "the People" (as seen in the US Constitution Preamble & Colorado Constitution Bill of Rights Arte 1). The accusations against you, **the accused** on this list, expressed within an affidavit attach hereto includes committing, colluding and conspiracy to committing the following crimes/offenses: Failing to uphold the oath you took to the US and State Constitutions and warring against it; Breach of Trust; Attacking a Beneficiary of a Constructive Trust you were unlawfully administering; Breach of your fiduciary duties; Invalid and unlawful warrant issued, resulting in a false arrest and unlawful searches and seizures absent probable cause not supported by Oath or affirmation, in blatant violation of the Constitution; Fraudulent charges predicated on unsworn petitions by prosecuting attorneys; Deprivation of rights for a trial by jury; Confiscation and theft of property without the due process of law; Physical, mental and psychological torture; Denial of bail for non-capital offense; Denial of a speedy trial; Coercion to accept a plea bargain under circumstances of torture and 11 months of unlawful incarceration without a trial, and without the right to face my accusers; Cruel and unusual punishment; Crimes against humanity; Unlawful conversion of me into a "person" (fictitious entity); Human Trafficking and treason. You have the opportunity to rebut all accusations and charges against you stated within the affidavit in this **court of record**. Your response and rebuttals must be sent to the **accuser's** Notary Witness listed in the <u>Notary Certificate of Service</u>, Doc Id JSW08252002-1.

1. U.S. DISTRICT COURT SOUTHERN - FLORIDA, Private For Profit Consortium Corporation, De facto Impersonating a Government Agency - SOUTH MIAMI, FLORIDA, U.S. Person, a taxpayer

2. William: Family of Matthewman and WILLIAM: Family of MATTHEWMAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, WILLIAM MATTHEWMAN, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT SOUTHERN - WEST PALM BEACH, FLORIDA, U.S. Citizen, a taxpayer

3. William T.: Family of Walsh and WILLIAM T.: Family of WALSH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, WILLIAM T. WALSH, Court Clerk, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT SOUTHERN - WEST PALM BEACH, FLORIDA, U.S. Citizen, a taxpayer

4. Aurora: Family of Fagan and AURORA: Family of FAGAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, AURORA FAGAN, Legal Counsel, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - MIAMI, FLORIDA, U.S. Citizen, a taxpayer

5. William: Family of Johnson and WILLIAM: Family of JOHNSON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a WILLIAM JOHNSON, IRS Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

6. Julian: Family of Washington and JULIAN: Family of WASHINGTON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JULIAN WASHINGTON, IRS Special Agent, of the Trust business entity titled - "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

7. Adam: Family of Weisenstein and ADAM: Family of WEISENSTEIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ADAM WEISENSTEIN, IRS Special Agent, of the Trust business entity titled - "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

8. Amjad: Family of Qaqish and AMJAD: Family of QAQISH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a AMJAD QAQISH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - FLORIDA," U.S. Citizen, a taxpayer

9. Adam P.: Family of Schwartz and ADAM P.: Family of SCHWARTZ d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ADAM P. SCHWARTZ, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Citizen, a taxpayer

10. CARLTON FIELDS FIRM, Private For Profit Consortium Corporation, De Facto Impersonation of a Government Agency by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Person, a taxpayer

11. Simon A.: Family of Gaugush and SIMON A.: Family of GAUGUSH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SIMON A. GAUGUSH, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Citizen, a taxpayer

12. Andrew M.: Family of Hinkes and ANDREW M.: Family of HINKES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ANDREW M. HINKES, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - MIAMI, FLORIDA, U.S. Citizen, a taxpayer

13. STATE Of FLORIDA Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - TALLAHASSEE, FLORIDA, U.S. Person, a taxpayer

14. STATE Of NEW JERSEY Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - TRENTON, NEW JERSEY, U.S. Person, a taxpayer

15. U.S. DISTRICT COURT DENVER - COLORADO, Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - DENVER, COLORADO, U.S. Person, a taxpayer

16. Scott.: Family of Varholak and SCOTT.: Family of VARHOLAK d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SCOTT VARHOLAK, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT - DENVER, COLORADO, U.S. Citizen, a taxpayer

17. Jeffrey P.: Family of Colwell and JEFFREY P.: Family of COLWELL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JEFFREY P. COLWELL, Court Clerk, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT - DENVER, COLORADO, U.S. Citizen, a taxpayer

18. Mindy: Family of Wilgus and MINDY: Family of WILGUS d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MINDY WILGUS, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

19. Ben: Family of Hopping and BEN: Family of HOPPING d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a BEN HOPPING, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

20. Jared: Family of Erwin and JARED: Family of ERWIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JARED ERWIN, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

21. Kevin: Family of Sophia and KEVIN: Family of SOPHIA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a KEVIN SOPHIA, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

22. Ashley: Family of Thompson and ASHLEY: Family of THOMPSON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ASHLEY THOMPSON, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

23. Greg: Family of Flynn and GREG: Family of FLYNN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a GREG FLYNN, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

24. Craig: Family of Wyly and CRAIG: Family of WYLY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CRAIG WYLY, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

25. John: Family of Cooper and JOHN: Family of COOPER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JOHN COOPER, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

26. Victor: Family of Vancacore and VICTOR: Family of VANCACORE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VICTOR VANCACORE, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

27. Steve: Family of Byrnes and STEVE: Family of BYRNES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a STEVE BYRNES, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

28. Dean: Family of Manes and DEAN: Family of MANES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DEAN MANES, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

29. Adam: Family of Rutkokski and ADAM: Family of RUTKOKSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ADAM RUTKOKSKI, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

30. Marceelette: Family of Ellis-Goodwin and MARCEELETTE: Family of ELLIS-GOODWIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MARCEELETTE ELLIS-GOODWIN, IRS Special Agent/Investigative Analyst, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

31. Jonathan: Family of Helmstetter and JONATHAN: Family of HELMSTETTER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JONATHAN HELMSTETTER, FBI Agent, of the Trust business entity titled "IRS," U.S. Citizen, a taxpayer

32. Leo: Family of Rovenski and LEO: Family of ROVENSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a LEO ROVENSKI, FBI Agent, of the Trust business entity titled "IRS" U.S. Citizen, a taxpayer

33. Victor: Family of Ribeiro and VICTOR: Family of RIBEIRO d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VICTOR RIBEIRO, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

34. Avra: Family of Rubin and AVRA: Family of RUBIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a AVRA RUBIN, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

35. Brian: Family of Lukacsy and BRIAN: Family of LUKACSY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a BRIAN LUKACSY, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

36. Ven: Family of Karavchuk and VEN: Family of KARAVCHUK d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VEN KARAVCHUK, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

37. John: Family of Magloski and JOHN: Family of MAGLOSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JOHN MAGLOSKI, FBI Special Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

38. David: Family of Rodman and DAVID: Family of RODMAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DAVID RODMAN, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

39. RODMAN LAW GROUP - FIRM, Private For Profit Consortium Corporation, De Facto Impersonation a Government Agency by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Person, a taxpayer

40. Seth: Family of Junker and SETH: Family of JUNKER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a SETH JUNKER, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

41. Carlos: Family of Morales and CARLOS: Family of MORALES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CARLOS MORALES, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

42. STATE Of COLORADO Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - DENVER, COLORADO, U.S. Person, a taxpayer

43. Amy: Family of Larson and AMY: Family of LARSON. DIRECTOR OF THE COLORADO B.A.R. Association Inc., private, for-profit foreign Consortium Corporation, De Facto Impersonating Public Entity by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Person, a taxpayer

44. Angela C.: Family of Scheck and ANGELA C. Family of SCHECK. DIRECTOR OF THE NEW JERSEY B.A.R. Association Inc., private, for-profit foreign Consortium Corporation, De Facto Impersonating Public Entity by Joint Activity and Pervasive Entwinement - NEW BRUNSWICK, NEW JERSEY U.S. Person, a taxpayer

45. Josh: Family of Doyle and JOSH: Family of DOYLE. DIRECTOR OF THE FLORIDA B.A.R. Association Inc., private, for-profit foreign Consortium Corporation, De Facto Impersonating Public Entity by Joint Activity and Pervasive Entwinement - TALLAHASSEE, FLORIDA, U.S. Person, a taxpayer

46. INTERNAL REVENUE SERVICE (IRS), private for-profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

47. 77. Danial I.: Family of Warfel and DANIAL I.: Family of WARFEL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DANIAL I. WARFEL, De Facto IRS Director, Impersonating Officer of the Private Consortium Corporation titled INTERNAL REVENUE SERVICE, U.S. Citizen, a taxpayer

48. FEDERAL BUREAU OF INVESTIGATIONS (FBI), private for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

49. Christopher Asher: Family of Wray and CHRISTOPHER ASHER: Family of WRAY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CHRISTOPHER ASHER WRAY, De Facto FBI Director, Impersonating Officer of the Private Consortium Corporation titled FEDERAL BUREAU OF INVESTIGATION, U.S. Citizen, a taxpayer

50. SECURITIES AND EXCHANGE COMMISSION (SEC), private for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

51. Gary Samual: Family of Gensler and GARY SAMUAL: Family of GENSLER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a GARY SAMUAL GENSLER, De Facto SEC Director, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

52. DEPARTMENT OF JUSTICE (DOJ), private for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

53. Merrick Brian: Family of Garland and MERRICK BRIAN: Family of GARLAND d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MERRICK BRIAN GARLAND, De Facto U.S. (DOJ) Attorney General, Impersonating Officer of the Private Consortium Corporation titled DEPARTMENT OF JUSTICE (DOJ), U.S. Citizen, a taxpayer

54. David: Family of Hernandez and DAVID: Family of HERNANDEZ d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID HERNANDEZ, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

55. Michael: Family of Hammer and MICHAEL: Family of HAMMER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MICHAEL HAMMER, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

56. Edward S.: Family of Keil and EDWARD S.: Family of KEIL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, EDWARD S. KEIL, District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

57. Clair C.: Family of Cecchi and CLAIR C.: Family of CECCHI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, CLAIR C. CECCHI,

District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

58. U.S. DISTRICT COURT NEWARK - NEW JERSEY, Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - NEWARK, NEW JERSEY, U.S. Person, a taxpayer

59. Melissa E.: Family of Rhoads. and MELISSA E.: Family of RHOADS d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MELISSA E. RHOADS Court Clerk, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

60. Philip R.: Family of Sellinger and PHILIP R.: Family of SELLINGER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, PHILIP R. SELLINGER,  District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

61. Rachael.: Family of Honig and RACHAEL: Family of HONIG d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, RACHAEL HONIG, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

62. Craig.: Family of Carpenito and CRAIG: Family of CARPENITO d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, CRAIG CARPENITO, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

63. David W.: Family of Feder and DAVID W.: Family of FEDER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID W. FEDER Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

64. Anthony P.: Family of Torntore and ANTHONY P.: Family of  TORNTORE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ANTHONY P. TORNTORE Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

65. Jamie L.: Family of Hoxie and JAMIE L.: Family of HOXIE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JAMIE L. HOXIE Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

66. Joseph A.: Family of Minish and JOSEPH A.: Family of MINISH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JOSEPH A. MINISH Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

67. Sarah: Family of Devlin and SARAH.: Family of DEVLIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SARAH DEVLIN Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

68. U.S. PROSECUTORS/ATTORNEYS - NEW JERSEY , Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - NEWARK, NEW JERSEY, U.S. Person, a taxpayer

69. Michael L.: Family of Yaeger and MICHAEL L.: Family of YAEGER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MICHAEL L.

YAEGER, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - FLORHAM PARK, NEW JERSEY, U.S. Citizen, a taxpayer

70. Kelly A.: Family of Maciel and KELLY A.: Family of MACIEL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, KELLY A. MACIEL, De Facto Probation Agent, De Facto Impersonating Public Official of Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

71. Susan M.: Family of Smalley and SUSAN M.: Family of SMALLEY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SUSAN M. SMALLEY, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

72. Natalie: Family of Shreve and NATALIE: Family of SHREVE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, NATALIE SHREVE, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

73. Donald (Mac) of the family McPherson and DONALD: Family of MCPHERSON De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement Peoria, ARIZONA Citizen, a taxpayer

74. Josh: Family of Lockwood and JOSH: Family of LOCKWOOD.                    De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement and IRS informant. Citizen, a taxpayer Golden, COLORADO

75. sTATE Of NEW JERSEY Inc, private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - TRENTON, NEW JERSEY, U.S. Person, a taxpayer

76. tHE UNITED sTATES Inc., private for profit foreign Consortium Charter Corporation, De Facto Impersonation a Government Entity - WASHINGTON D C, U.S. Person, a taxpayer

77. Scott: Family of Smith and SCOTT: Family of SMITH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a SCOTT SMITH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

78. Roger: Family of Duh and ROGER: Family of DUH. d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ROGER DUH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

79. Christy: Family of Maguire and CHRISTY: Family of MAGUIRE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CHRISTY MAGUIRE, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

80. Hanna: Family of Yang and HANNA: Family of YANG d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a HANNA YANG, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

81. Shannon: Family of Dasilva and SHANNON: Family of DASILV d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SHANNON DASILVA, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

82. Caroline: Family of Crenshaw and CAROLINE: Family of CRENSHAW d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CAROLINE

CRENSHAW, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

83. Joseph: Family of Dagrossa and JOSEPH: Family of DAGROSSA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JOSEPH DAGROSSA, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

84. Jamie Lee: Family of Lizarraga and JAMIE LEE: Family of LIZARRAGA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JAMIE LEE LIZARRAGA, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

85. James: Family of Clark iii and JAMES: Family of CLARK iii d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JAMES CLARK, District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT -NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

86. Hester: Family of Pierce and HESTER: Family of PIERCE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a HESTER PIERCE, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

87. Mark T: Family of Uyeda and MARK T: Family of UYEDA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MARK T. UYEDA, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

88. David: Family of Tonini and DAVID: Family of TONINI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID TONINI, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - DENVER, COLORADO, U.S. Citizen, a taxpayer

**With Completion of Service and designation of Witnesses To:**

1. Judge Advocate General of the Navy (JAG)
   Vice Adm. Christopher C. French

2. Deputy Judge Advocate General of the Navy
   Rear Adm. Lia Reynolds

You have been named in a $22.2 billion dollar counter claim lawsuit. See the docket Case # 2:19-cr-877-CCC. You have until 2/20/25 to respond to the crimes you and your agency committed against me.
Please send a point by point rebuttal to my claims or be held to agree:

Joby Weeks
11627 w74th Way
Arvada CO 80005

You have been named in a $22.2 billion dollar counter claim lawsuit. See the docket Case # 2:19-cr-877-CCC. You have until 2/20/25 to respond to the crimes you and your agency committed against me.
Please send a point by point rebuttal to my claims or be held to agree:

Joby Weeks
11627 w74th Way
Arvada CO 80005

# The Accused Distribution List

Notice: All parties on this list are accused of violating the rights of jobadiah-sinclair Family Weeks also known as jobadiah-sinclair :Weeks, one of "the People" (as seen in the US Constitution Preamble & Colorado Constitution Bill of Rights Article II). The accusations against you, **the accused** on this list, expressed within an affidavit attach hereto includes committing, colluding and conspiracy to committing the following crimes/offenses: Failing to uphold the oath you took to the US and State Constitutions and warring against it; Breach of Trust; Attacking a Beneficiary of a Constructive Trust you were unlawfully administering; Breach of your fiduciary duties; Invalid and unlawful warrant issued, resulting in a false arrest and unlawful searches and seizures absent probable cause not supported by Oath or affirmation, in blatant violation of the Constitution; Fraudulent charges predicated on unsworn petitions by prosecuting attorneys; Deprivation of rights for a trial by jury; Confiscation and theft of property without the due process of law; Physical, mental and psychological torture; Denial of bail for non-capital offense; Denial of a speedy trial; Coercion to accept a plea bargain under circumstances of torture and 11 months of unlawful incarceration without a trial, and without the right to face my accusers; Cruel and unusual punishment; Crimes against humanity; Unlawful conversion of me into a "person" (fictitious entity); Human Trafficking and treason. You have the opportunity to rebut all accusations and charges against you stated within the affidavit in this **court of record**. Your response and rebuttals must be sent to the **accuser's** Notary Witness listed in the <u>Notary Certificate of Service</u>, Doc Id JSW08252002-1.

1. U.S. DISTRICT COURT SOUTHERN - FLORIDA, Private For Profit Consortium Corporation, De facto Impersonating a Government Agency - SOUTH MIAMI, FLORIDA, U.S. Person, a taxpayer

2. William: Family of Matthewman and WILLIAM: Family of MATTHEWMAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, WILLIAM MATTHEWMAN, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT SOUTHERN - WEST PALM BEACH, FLORIDA, U.S. Citizen, a taxpayer

3. William T.: Family of Walsh and WILLIAM T.: Family of WALSH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, WILLIAM T. WALSH, Court Clerk, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT SOUTHERN - WEST PALM BEACH, FLORIDA, U.S. Citizen, a taxpayer

4. Aurora: Family of Fagan and AURORA: Family of FAGAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, AURORA FAGAN, Legal Counsel, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - MIAMI, FLORIDA, U.S. Citizen, a taxpayer

5. William: Family of Johnson and WILLIAM: Family of JOHNSON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a WILLIAM JOHNSON, IRS Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE OF FLORIDA," U.S. Citizen, a taxpayer

6. Julian: Family of Washington and JULIAN: Family of WASHINGTON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JULIAN WASHINGTON, IRS Special Agent, of the Trust business entity titled - "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

7. Adam: Family of Weisenstein and ADAM: Family of WEISENSTEIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ADAM WEISENSTEIN, IRS Special Agent, of the Trust business entity titled - "INTERNAL REVENUE SERVICE of FLORIDA," U.S. Citizen, a taxpayer

8. Amjad: Family of Qaqish and AMJAD: Family of QAQISH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a AMJAD QAQISH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - FLORIDA," U.S. Citizen, a taxpayer

9. Adam P.: Family of Schwartz and ADAM P.: Family of SCHWARTZ d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ADAM P. SCHWARTZ, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Citizen, a taxpayer

10. CARLTON FIELDS FIRM, Private For Profit Consortium Corporation, De Facto Impersonation of a Government Agency by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Person, a taxpayer

11. Simon A.: Family of Gaugush and SIMON A.: Family of GAUGUSH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SIMON A. GAUGUSH, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - TAMPA, FLORIDA, U.S. Citizen, a taxpayer

12. Andrew M.: Family of Hinkes and ANDREW M.: Family of HINKES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ANDREW M. HINKES, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - MIAMI, FLORIDA, U.S. Citizen, a taxpayer

13. STATE Of FLORIDA Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - TALLAHASSEE, FLORIDA, U.S. Person, a taxpayer

14. STATE Of NEW JERSEY Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - TRENTON, NEW JERSEY, U.S. Person, a taxpayer

15. U.S. DISTRICT COURT DENVER - COLORADO, Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - DENVER, COLORADO, U.S. Person, a taxpayer

16. Scott.: Family of Varholak and SCOTT.: Family of VARHOLAK d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SCOTT VARHOLAK, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT - DENVER, COLORADO, U.S. Citizen, a taxpayer

17. Jeffrey P.: Family of Colwell and JEFFREY P.: Family of COLWELL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JEFFREY P. COLWELL, Court Clerk, Impersonating Officer-of-the-Tribunal titled - THE UNITED STATES DISTRICT COURT - DENVER, COLORADO, U.S. Citizen, a taxpayer

18. Mindy: Family of Wilgus and MINDY: Family of WILGUS d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MINDY WILGUS, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

19. Ben: Family of Hopping and BEN: Family of HOPPING d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a BEN HOPPING, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

20. Jared: Family of Erwin and JARED: Family of ERWIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JARED ERWIN, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

21. Kevin: Family of Sophia and KEVIN: Family of SOPHIA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a KEVIN SOPHIA, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

22. Ashley: Family of Thompson and ASHLEY: Family of THOMPSON d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/A ASHLEY THOMPSON, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

23. Greg: Family of Flynn and GREG: Family of FLYNN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a GREG FLYNN, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

24. Craig: Family of Wyly and CRAIG: Family of WYLY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CRAIG WYLY, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

25. John: Family of Cooper and JOHN: Family of COOPER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JOHN COOPER, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

26. Victor: Family of Vancacore and VICTOR: Family of VANCACORE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VICTOR VANCACORE, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

27. Steve: Family of Byrnes and STEVE: Family of BYRNES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a STEVE BYRNES, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

28. Dean: Family of Manes and DEAN: Family of MANES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DEAN MANES, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

29. Adam: Family of Rutkokski and ADAM: Family of RUTKOKSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ADAM RUTKOKSKI, IRS Special Agent, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

30. Marceelette: Family of Ellis-Goodwin and MARCEELETTE: Family of ELLIS-GOODWIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MARCEELETTE ELLIS-GOODWIN, IRS Special Agent/Investigative Analyst, of the Trust business entity titled "INTERNAL REVENUE SERVICE - COLORADO," U.S. Citizen, a taxpayer

31. Jonathan: Family of Helmstetter and JONATHAN: Family of HELMSTETTER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JONATHAN HELMSTETTER, FBI Agent, of the Trust business entity titled "IRS," U.S. Citizen, a taxpayer

32. Leo: Family of Rovenski and LEO: Family of ROVENSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a LEO ROVENSKI, FBI Agent, of the Trust business entity titled "IRS" U.S. Citizen, a taxpayer

33. Victor: Family of Ribeiro and VICTOR: Family of RIBEIRO d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VICTOR RIBEIRO, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

34. Avra: Family of Rubin and AVRA: Family of RUBIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a AVRA RUBIN, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

35. Brian: Family of Lukacsy and BRIAN: Family of LUKACSY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a BRIAN LUKACSY, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

36. Ven: Family of Karavchuk and VEN: Family of KARAVCHUK d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a VEN KARAVCHUK, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

37. John: Family of Magloski and JOHN: Family of MAGLOSKI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JOHN MAGLOSKI, FBI Special Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION - COLORADO," U.S. Citizen, a taxpayer

38. David: Family of Rodman and DAVID: Family of RODMAN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DAVID RODMAN, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

39. RODMAN LAW GROUP - FIRM, Private For Profit Consortium Corporation, De Facto Impersonation a Government Agency by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Person, a taxpayer

40. Seth: Family of Junker and SETH: Family of JUNKER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a SETH JUNKER, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

41. Carlos: Family of Morales and CARLOS: Family of MORALES d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CARLOS MORALES, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Citizen, a taxpayer

42. STATE Of COLORADO Inc., private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - DENVER, COLORADO, U.S. Person, a taxpayer

43. Amy: Family of Larson and AMY: Family of LARSON. DIRECTOR OF THE COLORADO B.A.R. Association Inc., private, for-profit foreign Consortium Corporation, De Facto Impersonating Public Entity by Joint Activity and Pervasive Entwinement - DENVER, COLORADO, U.S. Person, a taxpayer

44. Angela C.: Family of Scheck and ANGELA C. Family of SCHECK. DIRECTOR OF THE NEW JERSEY B.A.R. Association Inc., private, for-profit foreign Consortium Corporation, De Facto Impersonating Public Entity by Joint Activity and Pervasive Entwinement - NEW BRUNSWICK, NEW JERSEY U.S. Person, a taxpayer

45. Josh: Family of Doyle and JOSH: Family of DOYLE. DIRECTOR OF THE FLORIDA B.A.R. Association Inc., private, for-profit foreign Consortium Corporation, De Facto Impersonating Public Entity by Joint Activity and Pervasive Entwinement - TALLAHASSEE, FLORIDA, U.S. Person, a taxpayer

46. INTERNAL REVENUE SERVICE (IRS), private for-profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

47. 77. Danial I.: Family of Warfel and DANIAL I.: Family of WARFEL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a DANIAL I. WARFEL, De Facto IRS Director, Impersonating Officer of the Private Consortium Corporation titled INTERNAL REVENUE SERVICE, U.S. Citizen, a taxpayer

48. FEDERAL BUREAU OF INVESTIGATIONS (FBI), private for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

49. Christopher Asher: Family of Wray and CHRISTOPHER ASHER: Family of WRAY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CHRISTOPHER ASHER WRAY, De Facto FBI Director, Impersonating Officer of the Private Consortium Corporation titled FEDERAL BUREAU OF INVESTIGATION, U.S. Citizen, a taxpayer

50. SECURITIES AND EXCHANGE COMMISSION (SEC), private for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

51. Gary Samual: Family of Gensler and GARY SAMUAL: Family of GENSLER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a GARY SAMUAL GENSLER, De Facto SEC Director, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

52. DEPARTMENT OF JUSTICE (DOJ), private for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - WASHINGTON, D.C., U.S. Person, a taxpayer

53. Merrick Brian: Family of Garland and MERRICK BRIAN: Family of GARLAND d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MERRICK BRIAN GARLAND, De Facto U.S. (DOJ) Attorney General, Impersonating Officer of the Private Consortium Corporation titled DEPARTMENT OF JUSTICE (DOJ), U.S. Citizen, a taxpayer

54. David: Family of Hernandez and DAVID: Family of HERNANDEZ d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID HERNANDEZ, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

55. Michael: Family of Hammer and MICHAEL: Family of HAMMER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MICHAEL HAMMER, Magistrate Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

56. Edward S.: Family of Keil and EDWARD S.: Family of KEIL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, EDWARD S. KEIL, District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

57. Clair C.: Family of Cecchi and CLAIR C.: Family of CECCHI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, CLAIR C. CECCHI,

District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

58. U.S. DISTRICT COURT NEWARK - NEW JERSEY, Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - NEWARK, NEW JERSEY, U.S. Person, a taxpayer

59. Melissa E.: Family of Rhoads. and MELISSA E.: Family of RHOADS d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MELISSA E. RHOADS Court Clerk, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

60. Philip R.: Family of Sellinger and PHILIP R.: Family of SELLINGER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, PHILIP R. SELLINGER,  District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

61. Rachael.: Family of Honig and RACHAEL: Family of HONIG d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, RACHAEL HONIG, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

62. Craig.: Family of Carpenito and CRAIG: Family of CARPENITO d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, CRAIG CARPENITO, District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

63. David W.: Family of Feder and DAVID W.: Family of FEDER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID W. FEDER Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

64. Anthony P.: Family of Torntore and ANTHONY P.: Family of  TORNTORE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, ANTHONY P. TORNTORE Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

65. Jamie L.: Family of Hoxie and JAMIE L.: Family of HOXIE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JAMIE L. HOXIE Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITED STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

66. Joseph A.: Family of Minish and JOSEPH A.: Family of MINISH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JOSEPH A. MINISH Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

67. Sarah: Family of Devlin and SARAH.: Family of DEVLIN d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SARAH DEVLIN Prosecutor, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

68. U.S. PROSECUTORS/ATTORNEYS - NEW JERSEY , Private For Profit Consortium Corporation, De Facto Impersonating a Government Agency - NEWARK, NEW JERSEY, U.S. Person, a taxpayer

69. Michael L.: Family of Yaeger and MICHAEL L.: Family of YAEGER d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, MICHAEL L.

YAEGER, De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - FLORHAM PARK, NEW JERSEY, U.S. Citizen, a taxpayer

70. Kelly A.: Family of Maciel and KELLY A.: Family of MACIEL d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, KELLY A. MACIEL, De Facto Probation Agent, De Facto Impersonating Public Official of Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

71. Susan M.: Family of Smalley and SUSAN M.: Family of SMALLEY d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SUSAN M. SMALLEY, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

72. Natalie: Family of Shreve and NATALIE: Family of SHREVE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, NATALIE SHREVE, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

73. Donald (Mac) of the family McPherson and DONALD: Family of MCPHERSON De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement Peoria, ARIZONA Citizen, a taxpayer

74. Josh: Family of Lockwood and JOSH: Family of LOCKWOOD.                  De Facto Attorney, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement and IRS informant. Citizen, a taxpayer Golden, COLORADO

75. sTATE Of NEW JERSEY Inc, private, franchise, for profit foreign Consortium Corporation, De Facto Impersonation a Government Entity - TRENTON, NEW JERSEY, U.S. Person, a taxpayer

76. tHE UNITED sTATES Inc., private for profit foreign Consortium Charter Corporation, De Facto Impersonation a Government Entity - WASHINGTON D C, U.S. Person, a taxpayer

77. Scott: Family of Smith and SCOTT: Family of SMITH d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a SCOTT SMITH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

78. Roger: Family of Duh and ROGER: Family of DUH. d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a ROGER DUH, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

79. Christy: Family of Maguire and CHRISTY: Family of MAGUIRE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CHRISTY MAGUIRE, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

80. Hanna: Family of Yang and HANNA: Family of YANG d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a HANNA YANG, FBI Agent, of the Trust business entity titled "FEDERAL BUREAU OF INVESTIGATION," U.S. Citizen, a taxpayer

81. Shannon: Family of Dasilva and SHANNON: Family of DASILV d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, SHANNON DASILVA, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

82. Caroline: Family of Crenshaw and CAROLINE: Family of CRENSHAW d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a CAROLINE

CRENSHAW, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

83. Joseph: Family of Dagrossa and JOSEPH: Family of DAGROSSA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JOSEPH DAGROSSA, De Facto Probation Agent, De Facto Impersonating Public Official by Joint Activity and Pervasive Entwinement - NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

84. Jamie Lee: Family of Lizarraga and JAMIE LEE: Family of LIZARRAGA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a JAMIE LEE LIZARRAGA, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

85. James: Family of Clark iii and JAMES: Family of CLARK iii d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, JAMES CLARK, District Judge, Impersonating Officer-of-the-Tribunal titled - tHE UNITED sTATES DISTRICT COURT -NEWARK, NEW JERSEY, U.S. Citizen, a taxpayer

86. Hester: Family of Pierce and HESTER: Family of PIERCE d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a HESTER PIERCE, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

87. Mark T: Family of Uyeda and MARK T: Family of UYEDA d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a MARK T. UYEDA, De Facto SEC Commissioner, Impersonating Officer of the Private Consortium Corporation titled SECURITIES AND EXCHANGE COMMISSION, U.S. Citizen, a taxpayer

88. David: Family of Tonini and DAVID: Family of TONINI d/b/a Impersonating a Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIR WEEKS and d/b/a, DAVID TONINI,  District Attorney, Impersonating Officer-of-the-Tribunal titled - tHE UNITES STATES ATTORNEY OFFICE - DENVER, COLORADO, U.S. Citizen, a taxpayer

**With Completion of Service and designation of Witnesses To:**

1. Judge Advocate General of the Navy (JAG)
   Vice Adm. Christopher C. French

2. Deputy Judge Advocate General of the Navy
   Rear Adm. Lia Reynolds

# Affidavit of Violated Constitutional Rights By Unlawful Tribunal and Constitutional Demand for Remedy

Notice to all officers of the court and chief justice. Notice to Principal is notice to agent. Notice to agent is notice to principal.

Note: "See #E1, #E2, etc." shall refer to Evidence #1, #2, respectively within <u>Exhibit 1-A Evidence</u> attach hereto.

Affiant, jobadiah-sinclair of the family Weeks also known as "Joby" and Jobadiah-Sinclair :Weeks, also referred to in this affidavit as "I", "me" and "my", one of **the people** (as seen in the US & Colorado Constitutions Bill of Rights Article II. See #E1), republican in form, Sui Juris, do serve you, **the accused**, listed on <u>The Accused Distribution List</u> (Doc Id JSW08252002-2) in this **court of record**, to make the following claims so that you provide immediate due care. **Notice** is given and **demand** is made that you answer this affidavit under oath or affirmation, sending your response to the Notary public witness listed in <u>Notary Certificate of Service</u>.

Please take notice that affidavit serves by this right. There is no evidence and none has been received that the following claims made by Affiant against you, **the accused** are not true:

1. JOBADIAH SINCLAIR WEEKS and Jobadiah Sinclair Weeks, styled in this matter, hereinafter referred to as ("JSW"), is not the Affiant, but is a United States Social security Cestui que Trust account and fictitious entity pursuant to 18 U.S. Code § 1342. See #E16. Affiant is the living Beneficiary, holder in due course and paramount security interest holder to **JSW**.

2. Affiant claims that you, **the accused** have conspired to unlawfully convert Affiant into the person **JSW**, a fictitious entity and trafficking my "person" by charging it with certain unconstitutional statutory crimes, holding me as surety for charges from which securities were issued in my person's name without my consent, for your own profit and gain at my expense and incarceration, while being denied the right of a trial by jury. The Case CC 2:19-CR-00877-CCC with a True bill attached was then securitized and was found trading under the symbol PCKAX CUSIP 72__1F__8. The Case CC 19-CR-877-NJ-CECCHI was found trading under the symbol FIKVX / CUSIP 316___4_8 ("_" is used as a mask for privacy reasons). This is evidence that the case is not about the administration of justice but the profiteering from a manufactured crime against the United States, a fictitious entity, defined as a Federal corporation pursuant to 28 U.S. Code § 3002 (15)(A). How can that which is a dead fiction bring a charge against a living soul and one of the people?

3. You **the accused** are accused of abusing your authority by using the DOJ as a platform for organized crime, in violation of the RICO Act, manufacturing crime for profit, with no man or woman victim, no sworn petition demanded by the Constitution. This constitutes fraud, human trafficking and crimes against humanity. "Woe unto you lawyers". How dare you engage in act of fraud while conspiring to prosecute my person of fraud? "Judge not, that ye be not judged. For with what judgment ye judge, ye shall be judged: and with what measure ye mete, it shall be measured to you again. And why beholdest thou the mote that is in thy brother's eye, but considerest not the beam that is in thine own eye?" – Matthew 7:1-3 KJV.

4. You, a Trustee of the people (See #E17 Trustees Public Officers and their Duties) who owe a fiduciary duty to the public unlawfully held me, the Beneficiary as surety for unconstitutional statutory charges, void of the common law, an act of Domestic Terrorism against **the people** pursuant to 8 U.S. Code § 2331 (5). See #E8 Domestic Terrorism and #E9 Supreme Court Ruling – No corporate jurisdiction over the natural man.

5. All action taken against **JSW** by you is in fact a Trust action and the administration of a Constructive Trust which is defined as a constructive fraud. Your crimes also include **Trust ex malefecio** "where actual fraud is practiced", and a breach of legal equitable duty has occurred. See #E20 Constructive Trust a Constructive Fraud.

6. All action, charges and proceedings against Affiant were not according to the rules of the common law, as demanded by the Seventh Amendment, see #E1.8 – E1.13, but according to inferior statutes, Federal Rules of Procedure and U.S.C which is not positive law, but **prima facie evidence of law**. See #E21 – Title U.S.C. is NOT positive law. All rulings against Affiant is therefore not supported by fact in law and is unconstitutional.

7. Affiant claims that on or before 12/5/2019, and after you, **the accused** deprived me of the guaranteed right to a speedy trial by jury in a matter involving Affiant's secured liberty interest without constitutional due process, which guarantees a trial by jury in a court of record that moves by the common law. See E#1 The Constitution.

Affidavit of Violated Constitutional Rights By Unlawful Tribunal and Constitutional Demand for Remedy

8. You, **the accused** unlawfully adjudicated a statutory tribunal in breach of the public trust of the US Constitution and the **Colorado, Florida, New York, Pennsylvania, Oklahoma and New Jersey Constitutions where the breach occurred by you and your co-conspirators (all judges and prosecutors,** and FBI henchman on the case). Your order was an official act and void because it was made without constitutional authority, and therefore, you never had jurisdiction over me, the Affiant.

9. The indictment filed Dec 5, 2019 by United States Attorney Craig Carpenito is hearsay and fraudulent on it's face since it is predicated upon an unsworn petition not supported by an oath or affirmation by an injured party or a witness, a violation of the Fourth Amendment of the US Constitution and Colorado Constitution Section 7.

10. You, **the accused** conspired and warred against the Constitution and violated Affiant's rights by denying Affiant's rights to life, liberty and property, without due process of law. This includes denial of Bail, Cruel and unusual punishment, in violation of the Eighth Amendment (See #E1.15).

11. You, **the accused** as the Trustee of the JOBADIAH SINCLAIR WEEKS Cestui que Trust, conspired to bring charges against the **JSW** Trust and then held me, the Beneficiary liable as surety, both criminally and monetarily to pay those charges by incarcerating the Beneficiary, committing breach of Trust, Trust fraud and Trust ex maleficio. See #E17 and #E20.

12. Both the prosecuting and defense attorneys failed to produce a license issued by the Secretary of State or Governnor of their state to practice law. They only have a BAR card from a private membership association or private trust-corporation. Article III of the Constitution for the United States of America has been overthrown by tyrants, you **the accused** who acted outside of your Constitutional mandate and authority.

13. Affiant claims you, **the accused** committed Treason for violating your oath to the Constitution, and as such this evidence will be forwarded to Judge Advocate General of the Navy (JAG), Vice Adm. Christopher C. French and Deputy Judge Advocate General of the Navy, Rear Adm. Lia Reynolds to have you arrested, removed from public office and tried for treason after you fail to rebut this affidavit under the sworn penalties of perjury.

14. You, **the accused** conspired in the taking of private property without just compensation, and without due process, a direct violation of the Fifth Amendment of the Constitution. See #E1 The Constittuion.

15. Article I Section 10 states "No state shall... grant Letters of Marque and Reprisal... grant any Title of Nobility". See #E1.14. You, **the accused** violated this principle when you conspired with the FBI and law enforcement agencies to raid the property of my parents, confiscating their private property simply because it was assumed that their home was my last known address. You also conspired to taking my private property, computers, money and cryptocurrency assets, and stealing everything I have ever worked for in my entire life, violating the Fifth Amendment, depriving me of my life, liberty and property without due process of law, also taking private property for public use without just compensation, then justifying it by bringing false charges of fraud. See #E1.14. Nowhere does the Constitution allow the taking of property first before due process. Instead you **the accused** conspired to blatantly ignore the Constitution by taking of property first before due process would be adhered to, but due process was also violated by means of Letters of Marque and Reprisal, an authority only granted to Congress. See #E7.2.

16. Affiant was never given an opportunity to face his accuser as no man or woman identified themselves as ever having being harmed or injured by me. No witnesses or injured parties exists. You **the accused** kept other defendants under house arrest until they would agree or be coerced to testify against me to prove that I was part of a conspiracy but in fact to this day, no conspiracy has been proven.

17. You, **the accused** violated 18 USC 242 Depravation of Rights under Color of Law. See #E24 and 18 USC 241 Conspiracy against Rights. See #E25.

18. You deprived me of a speedy public trial by an impartial jury pursuant to Colorado Constitution Sec 16.

19. Affiant claims that you **the accused** conspired in the unlawful incarceration of Affiant for 11 months, again denying me a speedy trial, subjecting me to cruel and unusual punishment, shipping me multiple times between different federal fascilities in the states of CO, FL, NJ, PA, OK, NY, subjecting me to involuntary servitude, an act of treason against me as one of **the people**. At the end of this period, as a condition for release, I was compelled / coerced to testify and be a witness against myself in violation of the Fifth Amendment of the US Constitution stating "nor shall be compelled in any criminal case to be a witness against himself" and in

Affidavit of Violated Constitutional Rights By Unlawful Tribunal and Constitutional Demand for Remedy

violation of the Colorado Constitution Section 18 "No person shall be compelled to testify against himself in a criminal case".

20. All statements and agreements Affiant previously autographed and entered with the court have been rescissioned and are null and void for reasons stated as follows: There are no statutes of limitations for fraud. After 11 months of incarceration, torture, cruel and unusual punishment, denial of a speedy trial by jury, denial of due process, under the threat of duress and coercion, the attorney(s), officers of the court who claim to "represent" me, committed fraud against me for failing to disclose that "represent" is synoymous with fraud, counterfeit and doing harm. They also failed to disclose that an attorney can only represent a THING (the object of dominion or property). See #E18. The attorneys then acted in the best financial interest of the court (profiteering from the case), deceiving me, failing to defend my interests, acting as double agents. All attorneys broke contract law by entereing me into an unconscionable agreement which renders such agreements null and void ab initio.

21. I declare that I'm under a different Trust Covenant, standing in God's kingdom. It is therefore against my religion to enter into any pleas or plea bargains. "³You shall have no other gods before me... ⁵You shall not bow down to them or worship them" – Exodus 20:3,5. "No one can serve two masters. Either you will hate the one and love the other..." – Matthew 6:24. I demand a Constitutional trial by jury, not a jury trial manipulated by a man in a black robe in a kangaroo court.

22. By violating your oath to the Constitutions (State and Federal), your orders constitute an unofficial act which is void.

23. You **the accused** **knowingly, willfully and maliciously** commited fraud against Affiant by prosecuting Affiant based on U.S. Code when the courts have ruled in all 9 circuits that Title U.S.C. is not positive law, it is only "prima facie" evidence of law and that only the Statutes at large are legal evidence of law, rendering all charges against Affiant as fraudulent charges and unconstitutional. See #E21.

24. In conclusion, you **the accused** has committed or colluded to commit the actions against me of Assault and Battery; False Arrest; False imprisonment; Treason; Conspiracy to commit Treason; Criminal Fraud; Conspiracy to commit Fraud, and Theft amongst other crimes in an attempt to make me the *quasi*-Trustee in order for them to fraudulently collect monies from this Trust and me, and fraudulently and through a conspiracy remove the lawful beneficiary and make this human beneficiary the fiduciary and accountable party wherein the Trustees know that I have no authority to make any decision(s) for said Trust in this illegal Admiralty Jurisdiction Maritime law Tribunal which standard is the yellow-fringed flag (hereinafter Conditional Acceptance).

25. Note: Since a title is a fiction of law, you **the accused** listed in Exhibit 1-B The Accused Distribution List as the humans: did **willfully, knowingly and maliciously** deprive me of my rights and property through Extortion; Assault and Battery; False Arrest; False imprisonment; Treason; **Conspiracy** to commit Treason; Criminal Fraud; Conspiracy to commit Fraud, and Theft, amongst other crimes against Affiant, while engaged in a scheme assuming a position as Trustee of the Social Security Cestui que Trust JOBADIAH SINCLAIE WEEKS in an attempt to make me, the human and the human beneficiary of said Trust, the fiduciary for their personal and respective Trust business entity financial gain, in violation of Trust-Law and the Common Law.

26. Your actions have caused Affiant and his family irrepreble harm and injury.

There is no evidence that all the foregoing facts presented herein are not true.

**Please take Notice that** Affiant demands you answer the constitutional questions:

**Q1:** "Where does the US or State Constitutions of Colorado, Florida, New Jersey, Pennsylvania, Oklahoma, New York grant you the authority to deprive Affiant the right to trial by jury?"

**Q2:** Where does the US Constitution grant you the authority to incarcerate Affiant in prison for 11 months without a trial; without an opportunity to face my accusers; and without Bail for a non-capital offense (See Eighth Amendment); and for imposing cruel and unusual punishment by shipping Affiant to 5 different states? (Diesel therapy they call it).

Affidavit of Violated Constitutional Rights By Unlawful Tribunal and Constitutional Demand for Remedy

Please take **Final Notice** that it is Affiant's wish, **demand**, and **order** that you immediately declare the law in this matter, in that, Affiant's liberty interests were deprived by the United States government, and officers of the court in a proceeding that was not a trial by jury, which means that the unlawful "conviction" based on a coerced plea bargain which Affiant recission due to fraud **must be immediately dismissed with prejudice**, and that **all Affiant's property confiscated be ordered returned**, and that no government or entity may interfere with constitutional rights without jurisdiction.

If you believe this Affiant is wrong in the law, you may submit an affidavit, sworn under the penalty of perjury and postmarked within seven (7) days of receipt of this affidavit, showing the constitutional provision granting you authority to deprive Affiant the right to trial by jury regarding Affiant's liberty inerests, or, by tacit acquescence, you agree to all claims and statements herein, and this affidavit shall stand against you as evidence and truth and fact and law in all courts of record, and that you did unlawfully breach the public trust of the Constitution of the United States, and one of the following states Colorado, Florida, New Jersey, Pennsylvania, Oklahoma and New York with full knowledge, malice, and intent to violate Affiant's guaranteed rights. Any response not submitted under penalty of perjury shall stand as express consent to all claims and statements herein.

**Be it Known**: This Affidavit also serves as **Conditional Acceptance** of all charges against **JSW upon proof of claim** that the facts stated within this Affidavit are not true; and that Affiant was not threatened, tortured and coerced into making a plea bargain after enduring cruel and unusual punishment. This therefore establishes a Common Law-contract[1] between us under the Postal rule[2].

I, the affiant reserve all of my God given rights and invoke all my rights pursuant to the Constitutional for and of the United States and the Colorado Constitution, and I waive none. I hold all public servants and officers of the court involved in this matter to the oaths they took to uphold and defend the Constitution.

The eternal unchanged principles of common Law in the Maxims pertaining to Affidavits: See See #E6.10 - #6.14.
> An unrebutted affidavit stands as the Truth in Commerce.
> An affidavit not rebutted point-for-point after thirty (30) days becomes the Judgment in Commerce.
> "He who does not deny, admits." (A well-known rule of pleading.) *Tray. Leg. Max. 503*
> [16] "People swear by someone greater than themselves, and the oath confirms what is said and puts an end to all argument. [17] Because God wanted to make the unchanging nature of his purpose very clear to the heirs of what was promised, he confirmed it with an oath." Hebrews 6:16-17

**The following are attach hereto and made as part of this Affidavit:**
1. See Verification – Oath or Affirmation on the following page.
2. See Exhibit 1-A Evidence – Doc Id JSW08252002-4.
3. See Notary Proof of Service by mail – Doc Id JSW08252002-1
   This document may or may not be filed with the court.
4. See The Accused Distribution – Doc Id JSW08252002-2.
5. "Extraordinary Indictment, a True Bill AGainst the Federal Judiciary" evidencing your conspiracy/treason against me.

**"Attach", Black's Law Dictionary (4th)**
"To bind, fasten, tie, or connect, to make fast or join, and its antonyms are separate, detach, remove."

---

[1] **Common Law-contract** - Constitution for the United States of America, Article I, Section 10, **No State shall** enter into any Treaty, Alliance, or Confederation; grant Letter of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, **or Law impairing the Obligation of Contracts, or grant any Title of Nobility.** (Emphasis added by me). Though if the title Esquire is not a form of a "Title of Nobility" I am at a loss as to what would be.

[2] **Postal rule** - "The **postal rule** (also known as the **mailbox rule** or "deposited acceptance rule") is a term of common-law contracts which determines the timing of acceptance of an offer when mail is contemplated as the medium of an acceptance. The general principle is that a contract is formed when acceptance is actually communicated to the offeror. The mailbox rule is an exception to the general principle. The mailbox rule provides that the contract is formed when a properly prepaid and properly addressed letter of acceptance is posted. One rationale given for the rule is regarded as that of the offeree. The main effect of the mailbox rule is that the risk of acceptance being delivered late or lost in the post is placed upon the offeror. If the offeror is reluctant to accept this risk, he can always require actual receipt before being legally bound."

Affidavit of Violated Constitutional Rights By Unlawful Tribunal and Constitutional Demand for Remedy

## Verification

I affirm, certify and state that all of the above and foregoing representations are true and correct, to the best of my knowledge, information and belief, under the pains and penalties of perjury, pursuant to the penalties of perjury under the laws of the United States, and by the provisions of 28 USC 1746, so help me God.

Executed in ___Avvada___, Colorado on this _19_ day of ___November___ in the Year of Our Lord Two Thousand and Twenty Four (2024).

Non-negotiable autograph

Affiant: Beneficiary & Holder in due course of
JOBADIAH SINCLAIR WEEKS Social security
Cestui que Trust.

## Colordado Notary as Jurat Certificate (Oath or Affirmation)

State of Colorado  } For verification purposes only
} ss.
County of _Denver_  }

Signed and sworn to (or affirmed) before me on _November 19th_, 2024
by Jobadiah Sinclair Weeks (name(s) of individual(s)).

Seal
Place Notary Seal Below

Notary's official signature: _Briceida Pena_

Title of Office: _Notary Public_

Brceida Pena Velazquez
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204043885
MY COMMISSION EXPIRES DECEMBER 16, 2024

My commission expires on: _12/16/2024_

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EEP14F © U.S. Postal Service; October 2023. All rights reserved.

PRIORITY® MAIL

PRESS FIRMLY TO SEAL

RDC 03

FROM:

Nathaniel S Weeks
11627 W 74b Way
Arvada, CO 80005

INSPECTED

TO:

William T. Walsh
701 Clematis St.
W. Palm Bch, FL
33401

■ Expected delivery date specified for domestic use.
■ Domestic shipments include $100 of insurance (restrictions apply).*
■ USPS Tracking® service included for domestic and many international destinations.
■ Limited international insurance.**
■ When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

how2recycle.info
PAPER POUCH

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

This package is made from post-consumer waste. Please recycle - again.